# Exhibit 9



May 26, 2022

**VIA EMAIL ONLY**

Ms. Angela Doughty
Ward and Smith, PA
1001 College Court
P.O. Box 867
New Bern, NC 28563-0867

      Re:    Forma.AI Correspondence
                Sent Pursuant to FRE 408

Dear Ms. Doughty,

      We represent Twic, Inc. ("Twic").  We are in receipt of your two letters to Twic regarding Twic's FORMA mark and are writing in response to your letter of May 12, 2022.  While Twic is willing to discuss the possibility of the parties reaching a business solution, Twic requires further information from your client, Forma AI, Inc. ("FAI").

      Previously, Twic asked FAI to provide evidence substantiating FAI's assertion that its use in the United States of FORMA.AI predates Twic's use of FORMA.  Although FAI claimed it "used the FORMA.AI mark in connection with [FAI's services] … in commerce throughout the U.S.…since at least as early as October 2017…," FAI failed to produce evidence supporting this allegedly widespread use.

      The only material cited in your letter for evidence of FAI's use are U.S. Serial Numbers 97/342,791 and 97/342,837.  Serial No. 97/342,837 was filed as an intent-to-use application which suggests there was, at the time of filing, no use in the United States of the FORMA.AI mark for the covered services.  Serial No. 97/342,791, which covers some of the same services, was filed based on use in commerce in direct conflict with Serial No. 97/342,837 suggesting inconsistency in FAI's perceived use of its mark in United States commerce.  Either way, there is nothing on the record for either application to show specifically where, in the United States, the FORMA.AI mark was used and when.  The applications therefore do not substantiate your claim that FAI used FORMA.AI "throughout the U.S." or demonstrate that FAI's rights in the United States are senior to Twic's.

      If FAI is the senior user throughout the United States, FAI should be able to provide sufficient evidence to support its claim.  To the extent FAI asserts the only evidence of use it has are "business sensitive documents," we are amenable to an agreement between the parties where those documents would be treated as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY.  We would not allow Twic to see the documents, would treat them with the highest levels of confidentiality, and would use them solely for the purpose of considering FAI's assertion that

A true at Blue Ridge, 2500 Blue Ridge Road, Suite 390, Raleigh, NC 27607 | T 984.220.8750 | F 877.398.5240
michaelbest.com



it has senior rights throughout the United States.  If FAI were to pursue a claim against Twic, FAI would bear this burden and would need to produce this material in discovery, regardless.  It is therefore in the parties' best interests to consider it now before both sides further invest in addressing this dispute.

As for your claims of actual confusion, we have insufficient evidence at this time to determine whether confusion is occurring that harms FAI.  FAI identified two instances it claims demonstrate confusion.  First, FAI points to a mis-tagged social media post.  Social media tagging algorithms frequently incorrectly tag individuals and organizations.  It is not uncommon for a user to intend to tag one person, but for the tag to autocomplete to another.  In such instances, no one is confused; the autocomplete nature of the algorithm merely resulted in an error (much like autocorrect providing an incorrect word for the one that is intended).  There is insufficient evidence to determine if the poster in this instance was actually confused.  The second instance identified by FAI involves Rubrik in Palo Alto, CA.  Because FAI failed to produce evidence showing that FAI has senior rights in Palo Alto, Twic is unable to determine if this is confusion harming FAI or confusion harming Twic.  If Twic is the senior rights owner in Palo Alto, this evidence would support Twic asking FAI to cease FAI's use of FORMA.AI in that region.

Twic believes there is room for the parties to find an amicable solution.  In order to do so, however, the priority issue must be resolved.  Twic will not be able to consider your demands until FAI provides geographic-specific evidence identifying the region(s) of the United States in which FAI has previously used the FORMA.AI mark. Please let us know if FAI will produce such evidence pursuant to a confidentiality agreement as proposed herein.

If FAI intends to continue to pursue its allegations that it has senior rights to Twic, we request the courtesy of a response no later than Friday, June 3, 2022, agreeing to produce supporting evidence.  If we do not hear further from FAI, we will understand this matter has been resolved.

Regards,

Emily M. Haas

Cc: Angela Wilcox
    Twic, Inc.