# Exhibit 11

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | ESTTA1267969 |
| Filing date: | 02/23/2023 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer information

| | | | |
|---|---|---|---|
| Name | FORMA AI INC. | | |
| Entity | Corporation | Citizenship | CANADA |
| Address | 82 PETER STREET, SUITE 300<br>TORONTO, ONTARIO, M5V2G5<br>CANADA | | |

| | |
|---|---|
| Attorney information | ANGELA P. DOUGHTY<br>POST OFFICE BOX 33009<br>751 CORPORATE CENTER DRIVE, SUITE 300<br>RALEIGH, NC 27636-3009<br>UNITED STATES<br>Primary email: trademarks@wardandsmith.com<br>Secondary email(s): apd@wardandsmith.com, ebrogers@wardandsmith.com<br>919-277-9100 |
| Docket no. | 220428-00006 |

## Applicant information

| | | | |
|---|---|---|---|
| Application no. | 97268559 | Publication date | 01/24/2023 |
| Opposition filing date | 02/23/2023 | Opposition period ends | 02/23/2023 |
| Applicant | Twic, Inc.<br>47000 WARM SPRINGS BLVD, STE 1-170<br>FREMONT, CA 94539<br>UNITED STATES | | |

## Goods/services affected by opposition

Class 042. First Use: None First Use In Commerce: None
All goods and services in the class are opposed, namely: Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees

## Grounds for opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act Section 2(d) |

## Marks cited by opposer as basis for opposition

| | | | |
|---|---|---|---|
| U.S. application no. | 97342791 | Application date | 04/01/2022 |
| Registration date | NONE | Foreign priority date | NONE |

| | |
|---|---|
| Word mark | FORMA.AI |
| Design mark | |
| Description of mark | NONE |
| Goods/services | Class 035. First use: First Use: Oct 2016 First Use In Commerce: Oct 2016 |
| | Business consultation services, namely, sales performance consultation in the field of reporting, modeling, analyzing, and improving programs for sales compensation, segmentation, sales territory design, quota management, revenue productivity, and benchmarking; Business collaboration services, namely, fostering knowledge sharing in the fields of sales performance management, sales compensation management, and technology selection |
| | Class 042. First use: First Use: Jan 2017 First Use In Commerce: Jan 2017 |
| | Software as a service (SAAS) services featuring software for sales performance and compensation management |

| | | | |
|---|---|---|---|
| U.S. application no. | 97765724 | Application date | 01/24/2023 |
| Registration date | NONE | Foreign priority date | NONE |
| Word mark | FORMA.AI | | |
| Design mark | | | |
| Description of mark | NONE | | |
| Goods/services | Class 041. First use: First Use: None First Use In Commerce: None | | |
| | Business education and training services, namely, training programs and coaching services in the field of sales compensation, segmentation, sales territory design, quota management, revenue productivity, and benchmarking; providing online non-downloadable publications in the field of sales performance management and technology selection; organizing educational events in the field of sales performance management and technology selection | | |

| | |
|---|---|
| Attachments | 2023.02.23 TTAB Notice of Opposition re FORMA (220428-00003; 00006) 4 877-7621-7682 v.2.pdf(2563120 bytes ) |

| | |
|---|---|
| Signature | /eber/ |
| Name | Erica B. E. Rogers, Associate Attorney |
| Date | 02/23/2023 |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of Application Serial No. 97268559
For the mark: FORMA
Published: January 24, 2023

---

| | | |
|---|---|---|
| FORMA AI INC., | : | |
| | : | Opposition No. |
| Opposer, | : | _____ |
| | : | |
| v. | : | |
| | : | |
| TWIC, INC. | : | |
| | : | |
| Applicant. | : | |

---

## NOTICE OF OPPOSITION

FORMA AI INC. ("Opposer"), a corporation organized and existing under the laws of Canada, with a principal place of business at 82 Peter Street, Suite 300, Toronto, Ontario, Canada M5V2G5, believes that it will be damaged by the issuance of a registration for the alleged mark FORMA shown in Application Serial No. 97268559. Opposer hereby opposes the same.

As grounds for opposition, Opposer alleges as follows:

1. Opposer is an international sales performance and management solutions company and leading provider of business consultation, business collaboration services, and software services in the field of sales performance and compensation management, including sales territory

design, quota management, employee loyalty, revenue productivity, and benchmarking practices ("Opposer's Services").

2. Opposer has used the FORMA.AI mark ("Opposer's Mark") in connection with Opposer's Services since at least as early as 2016, and in interstate commerce throughout the United States in relation to its business services and software platform since at least as early as October 2017 and September 2018, respectively.

3. As a result of its distinctiveness and longstanding, continuous use throughout the United States, Opposer owns valid and subsisting common law rights to Opposer's Mark, Opposer's Mark has become exclusively associated with Opposer, and Opposer's Mark represents substantial, valuable goodwill.

4. Opposer filed an application to register its exclusive rights in and to Opposer's Mark with the United States Patent and Trademark Office in connection with "business consultation services, namely, sales performance consultation in the field of reporting, modeling, analyzing, and improving programs for sales compensation, segmentation, sales territory design, quota management, revenue productivity, and benchmarking; business collaboration services, namely, fostering knowledge sharing in the fields of sales performance management, sales compensation management, and technology selection" in International Class 35 and "software as a service (SAAS) services featuring software for sales performance and compensation management" in International Class 42. Attached as Exhibit A is a true and correct printout from the United States Patent and Trademark Office electronic database showing the current status and title of Application Serial Number 97342791.

5. Opposer filed the intent-to-use application for Opposer's Mark with the United States Patent and Trademark Office in connection with "business education and training services, namely, training programs and coaching services in the field of sales compensation, segmentation, sales territory design, quota management, revenue productivity, and benchmarking; providing online non-downloadable publications in the field of sales performance management and technology selection; organizing educational events in the field of sales performance management and technology selection" in International Class 41. Attached as Exhibit B is a true and correct printout from the United States Patent and Trademark Office electronic database showing the current status and title of Application Serial Number 97765724.

6. Twic, Inc. ("Applicant"), a corporation organized and existing under the laws of Delaware, with a principal place of business at 47000 Warm Springs Blvd, Ste 1-170, Fremont, California filed the intent-to-use Application Serial Number 97268559 to register the proposed mark FORMA with design depicted below ("Applicant's Mark") for "software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees" ("Applicant's Services") in International Class 42.



7. On information and belief, no declaration of use of Applicant's Mark has been filed with the United States Patent and Trademark Office; however, Applicant commenced infringing use of Applicant's Mark for Applicant's Services on or around March 8, 2022.

8. Opposer's Mark has priority over Applicant's Mark because Opposer's first use of Opposer's Mark in the United States predates March 8, 2022 or any other alleged first use date on which the Applicant may rely on for purposes of priority.

9. Opposer has spent substantial amounts of time, money, and effort in developing, marketing, selling, and expanding upon Opposer's Services under Opposer's Mark internationally, and in the United States, specifically.

10. Applicant's Mark is confusingly similar in appearance, sound, and commercial impression to Opposer's Mark. The design element of Applicant's Mark or the ".AI" suffix of Opposer's Mark do not obviate the similarities between Applicant's Mark and Opposer's Mark because the shared "forma" literal element is dominant in Applicant's Mark and in Opposer's Mark.

11. Applicant's Services are highly related to Opposer's Services because, in part, Applicant's Services include a software platform with a benefits package function in the field of *employee* benefits management and Opposer's Services include a software platform with a rewards function in the field of *employee* performance and compensation management.

12. On information and belief, Applicant's Services are offered in the same channels of trade and to the same types of consumers as Opposer's Services. Applicant's Services include a software platform for use by human resource professionals and Opposer's Services include a software platform for use by human resource, sales, and finance professionals.

13. Because of the similarity of marks, services, relevant markets, advertising, channels of trade, consumers, and/or users of software platforms, there is a strong likelihood of confusion

if Applicant is permitted to register Applicant's Mark for use in conjunction with Applicant's Services.

14. Opposer has repeatedly provided Applicant with evidence of actual consumer confusion between Opposer's Mark and Applicant's Mark since at least as early as April 18, 2022.

15. Opposer is aware of at least eighteen (18) instances of actual consumer confusion, resulting from Applicant's decision to adopt Applicant's Mark. These instances of actual confusion include Applicant's customers, human resource professionals responsible for selecting benefit and compensation platforms, Opposer's competitor familiar with the industry and its software platforms, and, most recently, one of Applicant's own employees.

16. Any quality issues or defects with Applicant's Services would reflect poorly upon and injure Opposer's strong reputation in the marketplace.

17. Applicant's Mark should be denied registration because when used for Applicant's Services, it so resembles Opposer's Mark as to be likely to cause confusion, mistake, or deception, and as to be likely to dilute the distinctive quality of Opposer's Mark within the meaning of 15 U.S.C. § 1052(d).

18. Accordingly, Opposer respectfully requests that said Application Serial Number 97268559 be rejected and the registration of Applicant's Mark therein for Applicant's Services therein specified be refused and denied.

Date: February 23, 2023                      Respectfully submitted,

WARD AND SMITH, P.A.

_____
Erica B. E. Rogers
Angela P. Doughty
751 Corporate Center Drive, Suite 300
Post Office Box 33009
Raleigh, NC 27636-3009
UNITED STATES
*trademarks@wardandsmith.com*
Phone: 919-277-9100
Attorneys for Forma AI Inc.

ND:4877-7621-7682, v. 2

**EXHIBIT A**

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-02-23 10:12:07 EST |
| Mark: | FORMA.AI |

# FORMA.AI

| | |
|---|---|
| US Serial Number: | 97342791 |
| Register: | Principal |
| Mark Type: | Service Mark |
| TM5 Common Status Descriptor: |  LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. |
| Status: | Application has been published for opposition. The opposition period begins on the date of publication. |
| Status Date: | Feb. 21, 2023 |
| Publication Date: | Feb. 21, 2023 |
| Application Filing Date: | Apr. 01, 2022 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FORMA.AI |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Business consultation services, namely, sales performance consultation in the field of reporting, modeling, analyzing, and improving programs for sales compensation, segmentation, sales territory design, quota management, revenue productivity, and benchmarking; Business collaboration services, namely, fostering knowledge sharing in the fields of sales performance management, sales compensation management, and technology selection |
| International Class(es): | 035 - Primary Class |
| U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Oct. 2016 |
| Use in Commerce: | Oct. 2017 |
| For: | Software as a service (SAAS) services featuring software for sales performance and compensation management |
| International Class(es): | 042 - Primary Class |
| U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Jan. 2017 |
| Use in Commerce: | Sep. 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | FORMA AI INC. |
| **Owner Address:** | 82 Peter Street, Suite 300<br>Toronto, ON CANADA M5V2G5 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CANADA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Angela P. Doughty | **Docket Number:** | 220428-00002 |
| **Attorney Primary Email Address:** | trademarks@wardandsmith.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Angela P. Doughty<br>WARD AND SMITH, P.A.<br>POST OFFICE BOX 33009<br>751 CORPORATE CENTER DRIVE, SUITE 300<br>RALEIGH, NORTH CAROLINA UNITED STATES 27636-3009 |

| | | | |
|---|---|---|---|
| **Phone:** | 919-277-9100 | **Fax:** | 919-277-9177 |
| **Correspondent e-mail:** | trademarks@wardandsmith.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 21, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 21, 2023 | PUBLISHED FOR OPPOSITION | |
| Feb. 01, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 19, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 18, 2023 | ASSIGNED TO EXAMINER | 73362 |
| Apr. 06, 2022 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Apr. 06, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Apr. 06, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 05, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MCMORROW, JANICE LEE | **Law Office Assigned:** | LAW OFFICE 115 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 19, 2023 |

**EXHIBIT B**

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-02-23 10:12:19 EST |
| **Mark:** | FORMA.AI |

# FORMA.AI

|  |  |  |  |
|---|---|---|---|
| **US Serial Number:** | 97765724 | **Application Filing Date:** | Jan. 24, 2023 |
| **Register:** | Principal |  |  |
| **Mark Type:** | Service Mark |  |  |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. |  |  |
| **Status Date:** | Feb. 13, 2023 |  |  |

## Mark Information

|  |  |
|---|---|
| **Mark Literal Elements:** | FORMA.AI |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |  |  |
|---|---|---|---|
| **For:** | Business education and training services, namely, training programs and coaching services in the field of sales compensation, segmentation, sales territory design, quota management, revenue productivity, and benchmarking; providing online non-downloadable publications in the field of sales performance management and technology selection; organizing educational events in the field of sales performance management and technology selection |  |  |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE |  |  |
| **Basis:** | 1(b) |  |  |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No |  |  |

## Current Owner(s) Information

|  |  |
|---|---|
| **Owner Name:** | FORMA AI INC. |

| | |
|---|---|
| **Owner Address:** | 82 Peter Street, Suite 300<br>Toronto, ON CANADA M5V2G5 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** CANADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Angela P. Doughty | **Docket Number:** | 220428-00004 |
| **Attorney Primary Email Address:** | trademarks@wardandsmith.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ANGELA P. DOUGHTY<br>WARD AND SMITH, P.A.<br>POST OFFICE BOX 33009<br>751 CORPORATE CENTER DRIVE, SUITE 300<br>RALEIGH, NORTH CAROLINA UNITED STATES 27636-3009 |

| | | | |
|---|---|---|---|
| **Phone:** | 919-277-9100 | **Fax:** | 919-277-9177 |
| **Correspondent e-mail:** | trademarks@wardandsmith.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 13, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 27, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Feb. 13, 2023 |