IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:23-cv-77-BO

| | |
|---|---|
| FORMA AI INC.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>TWIC, INC.,<br>　　　　　Defendants. | **NOTICE OF<br>SELECTION OF MEDIATOR** |

Pursuant to Local ADR Rule 101.1c(a) and the Court's July 17, 2023, Scheduling Order directing the parties to file a written statement identifying an agreed-upon mediator, the parties hereby submit a joint Notice of Selection of Mediator to the Court, demonstrating that the parties have selected Raymond E. Owens, Jr., Esq. to serve as the mediator in this matter. Mr. Owens has agreed to serve as mediator, and a copy of this Notice will be served upon Mr. Owens at the time of its filing.

Respectfully submitted this the 7th day of August, 2023.

　　　　　　　　　　　　　　　　*/s/ Joseph A. Schouten*
　　　　　　　　　　　　　　　　Joseph A. Schouten
　　　　　　　　　　　　　　　　N.C. State Bar I.D. No.: 39430
　　　　　　　　　　　　　　　　email: jas@wardandsmith.com
　　　　　　　　　　　　　　　　Erica B. E. Rogers
　　　　　　　　　　　　　　　　N.C. State Bar I.D. No.: 50963
　　　　　　　　　　　　　　　　email: ebrogers@wardandsmith.com
　　　　　　　　　　　　　　　　For the firm of
　　　　　　　　　　　　　　　　Ward and Smith, P.A.
　　　　　　　　　　　　　　　　Post Office Box 33009
　　　　　　　　　　　　　　　　Raleigh, NC 27636-3009
　　　　　　　　　　　　　　　　Telephone: 919.277.9100
　　　　　　　　　　　　　　　　Facsimile: 919.277.9177
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

220428-00007
ND:4886-2012-6325, v. 1