IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-77-BO-BM

| FORMA AI INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **AMENDED SCHEDULING ORDER** |
|  | ) |  |
| TWIC, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on plaintiff's consent motion for extension of scheduling order deadlines [DE-17]. For good cause shown for the reasons stated in the motion, the court grants the plaintiff's motion [DE-17] and modifies the scheduling order [DE-12] as follows:

1. Disclosure of expert witnesses and reports are due from the party with the burden of proof on an issue by **April 19, 2024**, and disclosure of opposing and/or responsive experts and reports are due by **May 17, 2024**.

2. All discovery shall be completed by **May 31, 2024**.

3. All potentially dispositive motions shall be filed by **June 28, 2024**.

4. The trial date and related deadlines will be set in a separate order by United States District Judge Terrence W. Boyle. However, the court reserves the right to schedule the case for trial as soon as 30 days after the dispositive motion deadline.

All portions of the scheduling order entered on July 17, 2023 [DE-12] not modified herein remain in place.

SO ORDERED, this 7th day of February, 2024.

_____
Brian S. Meyers
United States Magistrate Judge