IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-77-BO-BM

| FORMA AI INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **THIRD AMENDED** |
|  | ) | **SCHEDULING ORDER** |
| TWIC, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on defendant's consent motion for extension of scheduling order deadlines [DE-21]. For good cause shown for the reasons stated in the motion, the court GRANTS defendant's motion [DE-21] and modifies the second amended scheduling order [DE-20] as follows:

1. All potentially dispositive motions shall be filed by **August 9, 2024**.

2. The trial date and related deadlines will be set in a separate order by United States District Judge Terrence W. Boyle. However, the court reserves the right to schedule the case for trial as soon as 30 days after the dispositive motion deadline.

All portions of the scheduling order entered on July 17, 2023 [DE-12], as amended on February 8, 2024 [DE-18] and June 14, 2024 [DE-20], not modified herein remain in place.

SO ORDERED, this 1st day of July, 2024.

_____
Brian S. Meyers
United States Magistrate Judge