IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 4:23-cv-77

| | | |
|---|---|---|
| FORMA AI INC., | ) | |
| Plaintiff | ) | |
| | ) | **PLAINTIFF'S MOTION FOR** |
| v. | ) | **PARTIAL SUMMARY JUDGMENT** |
| | ) | |
| TWIC, INC., | ) | |
| Defendant | ) | |

Plaintiff Forma AI Inc., through counsel, moves under Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7.1 and 56.1 for partial summary judgment in its favor on Defendant's affirmative defense of priority of use. In support of its Motion, Plaintiff submits under Local Civil Rule 56.1(a)(1) a separate statement in numbered paragraphs of the material facts as to which Plaintiff contends there is no genuine dispute. Plaintiff further submits its memorandum of law in support of its motion for partial summary judgment, filed contemporaneously herewith.

WHEREFORE, Plaintiff requests that this Court grant partial summary judgment in its favor on Defendant's priority of use defense as set forth above and in the accompanying memorandum.

This the 9th day of August, 2024.

> */s/ Joseph A. Schouten*
> Joseph A. Schouten
> N.C. State Bar I.D. No.: 39430
> email: docket@wardandsmith.com*
> email: jas@wardandsmith.com**
> For the firm of
> Ward and Smith, P.A.
> Post Office Box 33009
> Raleigh, NC 27636-3009
> Telephone: 919.277.9100
> Facsimile: 919.277.9177
> *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed **MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: TWIC, Inc.

    */s/ Joseph A. Schouten*
Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: docket@wardandsmith.com*
email: jas@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Attorneys for Plaintiff*

ND:4854-8752-6612, v. 1

3
Case 4:23-cv-00077-BO-BM   Document 24   Filed 08/09/24   Page 3 of 3