IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil File No.: 4:23-cv-77

| | | |
|---|---|---|
| **FORMA AI INC.,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT TWIC, INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| | ) | |
| **TWIC, INC.,** | ) | |
| Defendants. | ) | |

Pursuant to Fed R. Civ. P. 56 and Local Rule 56.1, Defendant Twic, Inc. moves this Court for partial summary judgment. Defendant respectfully requests the Court enter an order granting this Motion by finding that there is no likelihood of confusion between Defendant's use of its mark and Plaintiff's use of its mark, and dismissing Plaintiff's claims.

In support of this Motion, Defendant submits its Statement of Facts, Appendix, and a Memorandum of Law.

Respectfully submitted this the 9th day of August 2024.

By: */s/ Emily M. Haas*
Emily M. Haas
NC State Bar No. 39,716
4509 Creedmoor Road, Suite 501
Raleigh, North Carolina 27612
Telephone: (984) 220-8750
Facsimile: (877) 398-5240
Email: emhaas@michaelbest.com

*Attorney for Twic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of August, 2024 a true copy of the foregoing **DEFENDANT TWIC, INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

By: */s/ Emily M. Haas*
Emily M. Haas
NC State Bar No. 39,716
4509 Creedmoor Road, Suite 501
Raleigh, North Carolina 27612
Telephone: (984) 220-8750
Facsimile: (877) 398-5240
Email: emhaas@michaelbest.com

*Attorney for Twic, Inc.*