IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil File No.: 4:23-cv-77

FORMA AI INC., )
        Plaintiff, )
    ) DEFENDANT TWIC, INC'S APPENDIX TO
v. ) LOCAL CIVIL RULE 56.1 STATEMENT OF
    ) MATERIAL FACTS
TWIC, INC., )
        Defendants. )

## TABLE OF CONTENTS

| | |
|---|---|
| Declaration of Jason Fan | APPX 1 |
| - TSDR Record and prosecution history, Serial No. 97/268559……. | EX A |
| - FORMA brand slideshow………………………………………….. | EX B |
| - Sample 2 page brochure……………………………………………. | EX C |
| - Sample 18 page brochure………………………………………….. | EX D |
| Declaration of Samuel Keninger | APPX 2 |
| - Sample LinkedIn Pages……………………………………………... | EX A |
| - Transform Webpage………………………………………………... | EX B |
| - Forma LinkedIn Post………………………………………………. | EX C |
| Declaration of Catherine Collins | APPX 3 |
| - Sample communications for rebrand………………………………. | EX A |
| Declaration of Jinglin "Lynn" Tan | APPX 4 |
| - Google AdWords Data……………………………………………... | EX A |
| Declaration of Andrew Lucas | APPX 5 |
| - TSDR Record RN 5546523………………………………………….. | EX A |
| - TSDR Record SN 90786607………………………………………… | EX B |
| - TSDR Record RN 6277107…………………………………………. | EX C |
| - TSDR Record RN 5626905………………………………………….. | EX D |
| - TSDR Record RN 5231351…………………………………………. | EX E |
| - TSDR Record RN 5782032………………………………………….. | EX F |
| - TSDR Record RN 6721764…………………………………………. | EX G |
| - TSDR Record RN 4557242…………………………………………. | EX H |
| - TSDR Record SN 97088526………………………………………… | EX I |
| - TSDR Record SN 97088493………………………………………… | EX J |
| - TSDR Record RN 3307028………………………………………….. | EX K |
| - TSDR Record RN 5772904………………………………………….. | EX L |
| - TSDR Record RN 5681707…………………………………………. | EX M |
| - TSDR Record RN 3330596………………………………………….. | EX N |
| - TSDR Record RN 5402093…………………………………………. | EX O |
| - TSDR Record RN 6805589…………………………………………. | EX P |
| - TSDR Record RN 6611138………………………………………….. | EX Q |

| | |
|---|---|
| - TSDR Record RN 6611137……………………………………….. | EX R |
| - TSDR Record RN 5855797……………………………………….. | EX S |
| - TSDR Record RN 6577800……………………………………….. | EX T |
| - TSDR Record RN 6577801……………………………………….. | EX U |
| - TSDR Record RN 7013364……………………………………….. | EX V |
| - TSDR Record RN 6927032……………………………………….. | EX W |
| - TSDR Record RN 6782791……………………………………….. | EX X |
| - TSDR Record RN 6342218……………………………………….. | EX Y |
| - TSDR Record RN 6389862……………………………………….. | EX Z |
| - TSDR Record RN 6389830……………………………………….. | EX AA |
| - TSDR Record RN 6286048…………………………………….… | EX BB |
| - TSDR Record RN 2862807……………………………………….. | EX CC |
| - TSDR Record SN 97571021……………………………………… | EX DD |
| - TSDR Record RN 5781496……………………………………….. | EX EE |
| - TSDR Record RN 6609316……………………………………….. | EX FF |
| - TSDR Record SN 97782519……………………………………….. | EX GG |
| - TSDR Record RN 6908340……………………………………….. | EX HH |
| - TSDR Record RN 6908339……………………………………….. | EX II |
| - TSDR Record RN 6575878……………………………………….. | EX JJ |
| - TSDR Record RN 6481546……………………………………….. | EX KK |
| - TSDR Record RN 6021888……………………………………….. | EX LL |
| - TSDR Record RN 5679143……………………………………….. | EX MM |
| - TSDR Record RN 5389773……………………………………….. | EX NN |
| - TSDR Record RN 5377861……………………………………. | EX OO |
| - TSDR Record RN 6966115……………………………………….. | EX PP |
| - TSDR Record RN 4810563……………………………………….. | EX QQ |
| - TSDR Record RN 3445235……………………………………….. | EX RR |
| - TSDR Record RN 3520678……………………………………….. | EX SS |
| - TSDR Record RN 3439812……………………………………….. | EX TT |
| - TSDR Record RN 2920340……………………………………….. | EX UU |
| - TSDR Record SN 97583359……………………………………….. | EX VV |
| - www.coursera.org/articles/what-is-hr............................................................. | EX WW |
| - www.sciforma.com/sciforma-e-learning/........................................ | EX XX |
| - www.digiforma.com/en/about & …………………………………… help.digiforma.com/en/articles/3765555-identification-of-the-different-types-of-learners-in-digiforma-private-individual-self-employed-or-company-employee | EX YY |
| - www.formalifescienemarketing.com/services/employee-................ alignment/ | EX ZZ |
| - formaleaders.com/services/courageous-organizations/…………… | EX AAA |
| - www.flowforma.com/helping-hr.............................................................. | EX BBB |
| - apps.apple.com/us/app/forma-ai-pdf-editor-filler/id1658514439…. | EX CCC |
| - www.performaapps.com/index.htm, ……………………………… www.performaapps.com/about-us.html, and www.performaapps.com/enterprise-software-(erp).html | EX DDD |
| - apps.apple.com/us/app/informacast/id69128564………………… | EX EEE |

| | |
|---|---|
| - www.formavision.io/........................................................................ | EX FFF |
| - www.formalms.org and www.formalms.org/trendstechnology/ ….. 225-the-use-of-virtual-coach-in-corporate-training.html | EX GGG |
| - formaconsultants.com/ …………………………………………… | EX HHH |
| - www.etymonline.com/word/form ................................................. | EX III |
| - en.wiktionary.org/wiki/forma…………………………………….. | EX JJJ |
| - www.forma.ai.................................................................................. | EX KKK |
| - TSDR Record RN 7048525 & Prosecution History……………… | EX LLL |
| - Document Produced at T000850-851…………………………….. | EX MMM |
| - Document Produced at T000871-872…………………………….. | EX NNN |
| - Document Produced at T000869………………………………… | EX OOO |
| - Document Produced at T01059………………………………….. | EX PPP |
| - Document Produced at T000884………………………………… | EX QQQ |
| - Document Produced at T001040………………………………….. | EX RRR |
| - ae.godaddy.com/blog/what-is-a-ai-domain/……………………….. | EX SSS |
| - hostadvice.com/blog/domains/what-is-ai-domain/………………. | EX TTT |
| - Plaintiff's 5th Supplemental Discovery Responses (redacted)……. | EX UUU |
| - Plaintiff's Supplemental Initial Disclosures……………………. | EX VVV |
| Excerpts & Exhibits from the Deposition of Michael Buchanan (Forma AI Inc. 30(b)(6) – filed under seal | APPX 6 |
| Excerpts & Exhibits from the Deposition of Nabeil Alazzam (Forma AI Inc. 30(b)(6) – filed under seal | APPX 7 |
| Excerpts from the Deposition of Graham Rogers – filed under seal | APPX 8 |

# CERTIFICATE OF SERVICE

      I hereby certify that on this the 9th day of August, 2024 a true copy of the foregoing **DEFENDANT TWIC, INC'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS** was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

      By:    */s/ Emily M. Haas*
                  Emily M. Haas
                  NC State Bar No. 39,716
                  4509 Creedmoor Road, Suite 501
                  Raleigh, North Carolina 27612
                  Telephone: (984) 220-8750
                  Facsimile: (877) 398-5240
                  Email: emhaas@michaelbest.com

                  *Attorney for Twic, Inc.*