## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **FORMA AI INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:23-CV-00077-BO** |
| | ) | |
| **TWIC, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## <u>DECLARATION OF JASON FAN</u>

I, Jason Fan, declare that the following is true and based upon my first-hand knowledge unless otherwise indicated:

1.      I am a resident of California, am above the age of eighteen years, and am not subject to any legal disabilities.  I make the following statements on my personal knowledge.

2.      I am the CEO and founder of Twic, Inc.  Twic is the defendant in this lawsuit.

3.      My co-founder and I started Twic in 2017.  At the time, we used the acronym TWIC for The Wellness Intelligence Company.

4.      Twic offers a software platform that helps companies provide employee benefits. Employee benefits programs are programs offered by companies to their employees to improve employee retention, engagement, and productivity.  Examples of employee benefits offerings include health and wellness benefits (such as health insurance, prescription drug coverage, and employee assistance and wellness programs); retirement benefits (such as 401(k) or pension plans and financial planning services); time-off benefits (such as vacation leave, sick leave, and family leave); and work-life balance benefits (such as hybrid and flexible working schedules and childcare support).

5.      Twic's software provides companies the ability to set up scalable programs that can be customized to fit their particular needs.  How our software typically works to allow a company to provide benefits is that a company's benefits manager will receive a yearly budget for employee benefits from the finance team.  The benefits manager will then design a benefits program for the employees of the company.  Using our system, the company sets the amount of money each employee receives under the plan and determines the scope of categories where the employees could spend that money as part of the service.

6.      Twic's software platform also provides functionality for an employee to access and use their benefits.  An employee can pay for an eligible program out-of-pocket and then file a claim for reimbursement through our software.  An employee can also use a preprogrammed Visa debit card that may be used to purchase eligible products or services.  Finally, an employee can use their benefit funds to purchase products and services from vendors through the marketplace in our software.

7.      Depending on the benefits products the company is offering with Twic, the company, the employee, or both may be able to contribute to the benefits fund.  For example, a company may choose to offer a pre-tax Flexible Spending Account (FSA) program or Health Savings Account (HSA) program.  These programs allow the company and the employee to fund an account that can be used to pay for certain types of health services.  A company may also choose to offer a Lifestyle Spending Account (LSA), which only the company funds.  An LSA is an account funded by an employer that an employee can use to support their lifestyle within the parameters of the program designated by the employer.  Similarly, a company may offer a Health Reimbursement Account (HRA), which is funded by the company.  HRAs may be used by the

employee to pay for medical expenses that are not covered by the company's traditional health insurance plan.

8.     Twic's products and services are employee benefits products and services. Twic does not sell products or services outside the employee benefits space. For example, Twic does not sell sales compensation products or services.

9.     When we launched Twic in 2017, Twic offered LSAs. An employee could use their LSA through using the reimbursement program and purchasing directly from the marketplace. In 2020, Twic added the debit card functionality to the program. In 2021, Twic added IRS-regulated programs, to include FSAs and HSAs.

10.     Twic's market for its services is the employee benefits components of the Human Resources (HR) space. We understand the HR industry to have three primary components. The first is "core compensation," which would include salary and equity. That team's job is to make sure that there is equitability across employees' main compensation, salary, and equity. The second is the operations team. An HR operations team is typically focused on the operational side of the HR function, which would include running payroll, maintaining a core HR information system, HR training, onboarding new employees, and other things of that nature. The third component is the total rewards team. This team deals with everything in benefits. It is my experience that the people who work in the HR industry have a clear understanding that these are three different areas in the HR profession.

11.     When we talk to a company that is interested in using our services, we communicate with the HR professionals in that company who are in charge of benefits. Examples of job titles of the people who we interact with are Director of Benefits, Benefits Manager, and Benefits Analyst.

12.     Twic has two general sizes of business customers who purchase its services. Today, we consider the "commercial group" as a smaller company with anywhere from 200 through 4,000 employees. An "enterprise customer" is a larger company with more than 4,000 employees. In the past, we have had these categories with 2,500 employees being the demarcation between a "commercial group" and an "enterprise customer." Examples of Twic's customers include Etsy, Lululemon, Zoom, Dropbox, and Microsoft. These companies have thousands or tens of thousands of employees.

13.     There are two types of sales channels that Twic utilizes. Most of Twic's sales come through referrals from employee benefits brokers. Depending on the year, 70-90 percent of Twic's customers come through employee benefits brokers.

14.     Employee benefits brokers work with a company's benefits professionals to help them procure employee benefits products and services, and provide those products and services to the company's employees. Employees benefits brokers help a company obtain medical plans, dental plans, vision plans, 401(k) plans, and other similar products and services. A broker will investigate the benefits options available and consult with the company about the products and services the broker recommends, the vendors the broker recommends, and how the company should invest in employee benefits to best provide for its employees.

15.     Companies who use employee benefits brokers will purchase our services through their broker. Examples of brokers through whom Twic sells its FORMA products and services include WTW (formerly known as Willis Tower Watson), Aon, Mercer, Sequoia Benefits, MMA, and Hub International.

16.     A small number of companies may contact Twic on their own. This occurs when one of our current customers recommends us to another company, who reaches out to us directly.

It also occurs when a benefits professional from one of our customers moves to a new company and then encourages that company to use our products and services. A small number of direct contacts occur through Twic's website and at conferences.

17. Under either of the ways we meet customers, our first step is to have our sales team set up an initial meeting with the customer to focus on the customer's needs. This meeting investigates what the customer is currently doing. What are they currently offering? What are the challenges they are facing? What is the cost to run their current program? What is the employee experience? What is the budget level? We work to get a complete picture on what the customer is currently doing for its benefits program. We then have a second meeting where Twic provides a demonstration of its product and a custom slide deck addressing the customer's issues that were identified in the first meeting. Typically, we do more than one of these meetings with a customer so they can better understand what it means to be a Twic customer. After the customer tells us they want to move forward, we present a proposal that includes elements like the baseline employee count, the per-employee-per-month price, and the terms. The customer may negotiate with us on these terms. Once we reach an agreement, we send over the order form, and the customer would review it with their legal team before executing it. This process typically takes about four months for a customer in the "commercial group" and six to nine months for an "enterprise customer."

18. After the customer purchases our services, we then move on to implementing the program. This process typically takes about eight weeks. The first two weeks involve us working with the company to gather the requirements they have for their benefits program. For example, what sort of account structure does the company want? Where are their employees located? How do the company's payroll professionals interact with benefits companies? Once

the requirements are developed, Twic talks with the customer to finalize the benefits policy, determine the eligible portions of the benefits policy, confirm integration, and confirm marketplace store, debit cards, and claims settings. This typically happens during weeks 2 through 4. Weeks 4 through 6 are for Twic's team to build and customize the platform for the company and its employees to use to access and manage benefits. Twic also provides training for the customer's benefits team and administrators to show them how to use the platform. During weeks 6 through 8 (or longer if desired), Twic and the company roll out the new benefits to the company's employees. Twic hosts demonstration webinars and provides the company with communications materials for employees.

19.     Our original logo is shown below. My co-founder and I did not have any design experience, but I was able to create our first logo.



20.     Because Twic's offerings expanded to cover additional lifestyle benefits, two of Twic's investors recommended that Twic should develop a new name for our company that was not limited to "wellness." We were referred to Landscape, a design firm, to handle the rebranding process.

21.     Landscape provided us with recommendations on rebranding the entire brand. This included the name, the logo, the way that we present the color palette that we use, how we articulate our cultural values, and what we represent in the marketplace.

22.     Landscape used a process that took several months. As part of the process, Landscape analyzed our current brand and company, and considered how our competitors positioned themselves in the marketplace. The companies Landscape identified as our

competitors were Level; ThrivePass; Joon; Fringe; WageWorks/Health Equity; Payflex; and Navia.

23.     After Landscape conducted the discovery process, Twic worked with Landscape to develop a new name.  Landscape assigned a team of six designers and branding professionals to investigate the marketplace and provide Twic with four rounds of name options.  As we worked with Landscape, we began to reimagine our brand and company vision.  We worked with Landscape to address questions like "how do we bring a very consumerized approach to the entire benefits industry?"  We want to communicate that we provide a consumer centric way of running and offering benefits programs that addressed not just their health, but also their ability to care for employee family members and help employes build wealth.

24.     We explained to Landscape we wanted a name that was warm.  We wanted companies and their employees to have a warm feeling when they interacted with our brand. This feeling was the most important consideration for me when it came to a new name.

25.     Landscape presented names to us in four "rounds."  Each "round" was a new set of potential names.  The names presented by Landscape for our possible selection were: Aera; Allaround; Allkind; Altogther/Altogether; Balance; Bloom; Ditto; Domino; Each & Every; Elastic; Everykind; Feather; Field; Fig; Forma; Freely; Gem; Golden; Hiyu; Honey; Lasso; Lotta; Marble; Mosaic; Narrative; Olive; Parade; Plenty; Pollen; Recess; Relish; Ruby; Sundae; Sunday; Tend; Toda; Tune; Vaast; and Very.

26.     We worked with Landscape in investigating and considering the name candidates over several months.  The leadership at Twic voted at various times about which names we wanted to further consider.  My favorite candidate was OLIVE, but other members of leadership disagreed.

27.     With each candidate, Landscape gave us examples of what it would look like if we used that name.  Below are true and accurate copies of the examples Landscape gave us for OLIVE:

a.   Language Examples:

    i.   "Meet Olive, the life benefits platform for today's workforce."

    ii.   "Twic is now Olive."

    iii.   "Hi, I'm Jason from Olive.  We offer benefits that flex to fit everyone."

    iv.   "Our HR teams use Olive and love it."

b.   Debit Card Example:



c.   Web Use Examples:

 

28.     The name FORMA was presented during the third round of Landscape. Landscape explained that "forma" meant form, shape, and appearance and FORMA "signals dynamic evolution," "evokes a sense of stability," and is seen as "solid and trustworthy."

29.     Below are true and accurate copies of the examples Landscape gave us for FORMA:

    a.  Language Examples:

        i.   "Meet Forma, the life benefits platform for today's workforce."

        ii.  "Twic is now Forma."

        iii. "Hi, I'm Jason from Forma.  We offer benefits that flex to fit everyone."

        iv.  "Our HR teams use Forma and love it."

    b.  Debit Card Example:



    c.  Web Use Examples:




30.     Eventually, we decided to rebrand to FORMA.  In addition to developing the FORMA name, Landscape also created a several options for a new logo for us.  We selected our preferred logo from this selection. The logo Landscape developed and we selected is shown below:



We began using FORMA name and logo in our public facing materials around March 7 and 8, 2022.

31.     We paid Landscape approximately $350,000 for their work rebranding our company.

32.     We also worked with a trademark lawyer as part of our rebrand.  Our lawyer became involved when we had our five finalist name candidates and helped us consider those candidates.  Once we selected FORMA, our lawyer filed a trademark application for our FORMA logo on February 15, 2022.  A true and accurate copy of the information about our FORMA logo application at the Trademark Office is attached to my declaration at Exhibit A.

33.     In addition to the work we did with Landscape, we also worked with a graphic designer who crafted the color palette and the visual identity for the brand and a website builder who created the website.  These professionals had relationships with Landscape and worked with Landscape to develop these portions of our brand.  As a result of the work between Landscape, the designer, and the website builder, it was recommended that we use the color palette shown below:



We were also provided with illustrations to use in our branding. Examples of these illustrations are shown below:



We use the color palette and the illustrations on our FORMA branded materials. This includes on the website, in online advertising, and on our trade show booth. For example, we use the same color scheme, characters, and text appearance on all these materials. Our materials are designed so each echoes the appearance of the others. Attached at Exhibit B is a true and accurate copy of a slide show presentation on the brand appearance.

34.    Our online advertisements incorporate our brand image.  Examples of our online advertisements that use our brand image are shown below:

















35.    Our website pages incorporate our brand image.  Examples of pages from our website that use our brand image are shown below:







Case 4:23-cv-00077-BO-BM   Document 30-1   Filed 08/09/24   Page 16 of 108



36.     Our digital brochures and onboarding materials incorporate our brand image. Attached at Exhibits C and D are true and accurate copies of some of our digital brochures with our brand image.

37.     Our trade show booths incorporate our brand image.  For example, photographs of our trade show booths from SHRM Annual Conference & Expo in June 2022 are shown below.







This trade show was attended by approximately 12,000 people. At trade shows, we sometimes hold special events for our customers. The image below is from an activity we hosted for our customers at CycleBar during this conference.



19

38.     We paid the graphic designer approximately $75,000 for the design work, and the website builder about $100,000 for creating our website.

39.     At the time we were changing our brand, we used a public relations company, BOCA Communications.  We paid BOCA Communications about $200,000 a year.  Most of the work BOCA did for us during the year we rebranded was to promote the rebrand.

40.     I was not aware Forma AI, Inc. existed or that they used the name FORMA.AI before their attorneys sent Twic a letter.

41.     From March 2022 through June 2023, Twic received approximately 134,734 emails.  This includes emails sent to our support email address (support@joinforma.com) and our informational email address (info@joinforma.com).  The address info@joinforma.com receives webforms submitted through our website.  As of June 27, 2024, Twic had received approximately 420,672 emails since March 8, 2022.

42.     At the end of February 2022, Twic had 119 companies as its customers under contract.  Twic's customers as of February 2022 included large enterprises such as Lululemon, Zoom, and Microsoft.  Large enterprises have thousands to tens of thousands of employees.  By the end of 2023, Twic had 290 companies as its customers under contract.

43.     We conducted word searches of the emails we received since March 8, 2022.  We did not find any emails there were intended for the plaintiff.

44.     I asked that any instances where Twic received a communication that was meant for the plaintiff be reported to me.  To date, no one has reported any communication Twic received that was intended for the plaintiff.

45. Other than the incidents the plaintiff identified to us, I am not aware of any other incidents where the plaintiff received a communication it believed was intended for us. I am not aware of any communication we have received that was intended for the plaintiff.

46. After the plaintiff identified a post in which Sammy Totah tagged the plaintiff while discussing Twic, I investigated whether Mr. Totah was confused. Mr. Totah works for BOCA, our former public relations company. I learned that Mr. Totah had intended to tag Twic and that the plaintiff was tagged because of a technical error on the LinkedIn platform.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this the 9th day of August, 2024.

_____
Jason Fan

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of August, 2024 a true copy of the foregoing **DECLARATION OF JASON FAN** was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

By: _/s/ Emily M. Haas_
Emily M. Haas
NC State Bar No. 39,716
4509 Creedmoor Road, Suite 501
Raleigh, North Carolina 27612
Telephone: (984) 220-8750
Facsimile: (877) 398-5240
Email: emhaas@michaelbest.com

*Attorney for Twic, Inc.*

**Generated on:** This page was generated by TSDR on 2023-08-10 12:09:12 EDT

**Mark:** FORMA



**US Serial Number:** 97268559

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Feb. 15, 2022

LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Feb. 23, 2023

**Publication Date:** Jan. 24, 2023

# Mark Information

**Mark Literal Elements:** FORMA

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the word "FORMA" in blue. To the left of the word is a design comprising twelve circles forming a pixel design. The top four circles are blue, the next two are orange, the next two are pink, and the bottom four are yellow.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) blue, orange, pink and yellow is/are claimed as a feature of the mark.

**Design Search Code(s):** 26.01.16 - Circles touching or intersecting
26.01.21 - Circles that are totally or partially shaded.
26.01.31 - Five or more circles; Circles - five or more

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Currently Use:** No

**Currently ITU:** Yes

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Twic, Inc. |
| **Owner Address:** | 47000 Warm Springs Blvd, Ste 1-170<br>Fremont, CALIFORNIA UNITED STATES 94539 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | MICHELLE E. KOUBA |
| **Attorney Primary Email Address:** | emhaas@michaelbest.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | MICHELLE E. KOUBA<br>MICHAEL BEST & FRIEDRICH LLP<br>444 W LAKE ST STE 3200<br>CHICAGO, ILLINOIS UNITED STATES 60606 |
| **Phone:** | 312-596-5826 |
| **Correspondent e-mail:** | emhaas@michaelbest.com mekouba@michaelbest.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 23, 2023 | OPPOSITION INSTITUTED NO. 999999 | 283616 |
| Feb. 23, 2023 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| Jan. 24, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 24, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 04, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 21, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 20, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Dec. 19, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Dec. 19, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 01, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 01, 2022 | NON-FINAL ACTION E-MAILED | |
| Dec. 01, 2022 | NON-FINAL ACTION WRITTEN | 76596 |
| Nov. 29, 2022 | ASSIGNED TO EXAMINER | 76596 |
| Feb. 23, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Feb. 22, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 18, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | SOUDERS, MICHAEL J |
| **Law Office Assigned:** | LAW OFFICE 115 |

### File Location

| | |
|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION |
| **Date in Location:** | Dec. 22, 2022 |

# Assignment Abstract Of Title Information

000285

| Summary | |
|---|---|
| **Total Assignments:** 1 | **Applicant:** Twic, Inc. |

## Assignment 1 of 1

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 7900/0477 | **Pages:** | 11 |
| **Date Recorded:** | Nov. 22, 2022 | | |
| **Supporting Documents:** | assignment-tm-7900-0477.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | TWIC INC. | **Execution Date:** | Nov. 21, 2022 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A. | **State or Country Where Organized:** | UNITED STATES |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | | |
| **Address:** | 4 NEW YORK PLAZA, 17TH FLOOR NEW YORK, NEW YORK 10004 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | JAY DASILVA |
| **Correspondent Address:** | 1025 CONNECTICUT AVE., NW, STE. 712 COGENCY GLOBAL INC. WASHINGTON, DC 20036 |

### Domestic Representative - Not Found

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 1 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91283616 | **Filing Date:** | Feb 23, 2023 |
| **Status:** | Pending | **Status Date:** | Feb 23, 2023 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

### Defendant

| | |
|---|---|
| **Name:** | Twic, Inc. |
| **Correspondent Address:** | MICHELLE E. KOUBA MICHAEL BEST & FRIEDRICH LLP 444 W LAKE ST STE 3200 CHICAGO IL UNITED STATES , 60606 |
| **Correspondent e-mail:** | emhaas@michaelbest.com , mekouba@michaelbest.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| FORMA | | 97268559 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | FORMA AI INC. |
| **Correspondent Address:** | ANGELA P. DOUGHTY WARD AND SMITH, P.A. POST OFFICE BOX 33009, 751 CORPORATE CENTER DRIVE, SUITE 300 RALEIGH NC UNITED STATES , 27636-3009 |
| **Correspondent e-mail:** | trademarks@wardandsmith.com , apd@wardandsmith.com , ebrogers@wardandsmith.com |

mail: _____ _____ _____

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| FORMA.AI | | 97342791 | |
| FORMA.AI | | 97765724 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 9 | P MOT TO SUSP PEND DISP CIV ACTION | May 11, 2023 | |
| 8 | P MOT FOR EXT W/O CONSENT | May 04, 2023 | |
| 7 | D APPEARANCE / POWER OF ATTORNEY | Apr 03, 2023 | |
| 6 | ANSWER | Apr 03, 2023 | |
| 5 | D APPEARANCE / POWER OF ATTORNEY | Apr 03, 2023 | |
| 4 | P CHANGE OF CORRESP ADDRESS | Feb 23, 2023 | |
| 3 | INSTITUTED | Feb 23, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 23, 2023 | Apr 04, 2023 |
| 1 | FILED AND FEE | Feb 23, 2023 | |

000287

| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Tuesday, January 24, 2023 00:57 AM |
| To: | awilcox@wilcoxip.com |
| Cc: | mcadrot@wilcoxip.com |
| Subject: | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 97268559: FORMA (Stylized/Design) |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 97268559
**Mark:** FORMA (Stylized/Design)
**International Class(es):** 042
**Owner:** Twic, Inc.
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Jan 24, 2023.

**To Review the Mark in the TMOG:**

   Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2023-01-24&serialNumber=97268559

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

   *   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=97268559&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=97268559&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 97268559
**Mark:** FORMA
**International Class(es):** 042
**Owner:** Twic, Inc.
**Docket/Reference No.**

**Issue Date:** January 4, 2023

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on January 24, 2023**.

**Your mark appears to be entitled to register** on the Principal Register upon the acceptance of a statement of use, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a Notice of allowance.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC) at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

awilcox@wilcoxip.com
mcadrot@wilcoxip.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, January 4, 2023 04:06 AM |
| **To:** | awilcox@wilcoxip.com |
| **Cc:** | mcadrot@wilcoxip.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 97268559: FORMA (Stylized/Design) |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 97268559) is scheduled to publish in the *Official Gazette* on Jan 24, 2023. To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/search.action?sn=97268559. If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at TrademarkAssistanceCenter@uspto.gov or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at https://teas.uspto.gov/ccr/cca.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| SERIAL NUMBER | 97268559 | FILING DATE | 02/15/2022 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOUDERS, MICHAEL J | L.O. ASSIGNED | 115 |

### PUB INFORMATION

| RUN DATE | 12/22/2022 |
|---|---|
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 12/22/2022 |
| LITERAL MARK ELEMENT | FORMA |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | NO |
|---|---|
| LITERAL MARK ELEMENT | FORMA |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

000291

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Twic, Inc. |
| ADDRESS | 47000 Warm Springs Blvd, Ste 1-170<br>Fremont, CA 94539 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) blue, orange, pink, yellow is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "FORMA" in blue. To the left of the word is a design comprising twelve circles forming a pixel design. The top four circles are blue, the next two are orange, the next two are pink, and the bottom four are yellow. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/21/2022 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 12/20/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 12/19/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 12/19/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 12/01/2022 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 12/01/2022 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 12/01/2022 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 11/29/2022 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 02/23/2022 | MDSC | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 02/22/2022 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/18/2022 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Angela C. Wilcox |
|---|---|
| CORRESPONDENCE ADDRESS | Angela C. Wilcox<br>WILCOX IP, PC<br>20 NORTH WACKER DRIVE, SUITE 1000<br>CHICAGO IL 60606 |
| DOMESTIC REPRESENTATIVE | NONE |

000292

000293



000294

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 97268559 | FILING DATE | 02/15/2022 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOUDERS, MICHAEL J | L.O. ASSIGNED | 115 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/21/2022 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 12/20/2022 |
| LITERAL MARK ELEMENT | FORMA |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | FORMA |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

000295

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Twic, Inc. |
| ADDRESS | 47000 Warm Springs Blvd, Ste 1-170<br>Fremont, CA 94539 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) blue, orange, pink, yellow is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "FORMA" in blue. To the left of the word is a design comprising twelve circles forming a pixel design. The top four circles are blue, the next two are orange, the next two are pink, and the bottom four are yellow. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/20/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 12/19/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 12/19/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 12/01/2022 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 12/01/2022 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 12/01/2022 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 11/29/2022 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 02/23/2022 | MDSC | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 02/22/2022 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/18/2022 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Angela C. Wilcox |
|---|---|
| CORRESPONDENCE ADDRESS | Angela C. Wilcox<br>WILCOX IP, PC<br>20 NORTH WACKER DRIVE, SUITE 1000<br>CHICAGO IL 60606 |
| DOMESTIC REPRESENTATIVE | NONE |

000296



000297

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97268559 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 115 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/97268559/large |
| **LITERAL ELEMENT** | FORMA |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED**<br>(If applicable) | The color(s) blue, orange, pink, yellow is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK**<br>(and Color Location, if applicable) | The mark consists of a pixel design. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 042 |
| **DESCRIPTION** | |
| Non-downloadable technology platform for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees | |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 042 |
| **TRACKED TEXT DESCRIPTION** | |
| ~~Non-downloadable technology platform for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees;~~ <u>Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees</u> | |
| **FINAL DESCRIPTION** | |
| Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees | |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DESCRIPTION OF THE MARK**<br>(and Color Location, if applicable) | The mark consists of the word "FORMA" in blue. To the left of the word is a design comprising twelve circles forming a pixel design. The top four circles are blue, the next two are orange, the next two are pink, and the bottom four are yellow. |
| **CORRESPONDENCE INFORMATION (current)** | |

| NAME | ANGELA C. WILCOX |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | awilcox@wilcoxip.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mcadrot@wilcoxip.com |

## CORRESPONDENCE INFORMATION (proposed)

| NAME | Angela C. Wilcox |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | awilcox@wilcoxip.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mcadrot@wilcoxip.com |

## SIGNATURE SECTION

| RESPONSE SIGNATURE | /Mary A. Cadrot/ |
|---|---|
| SIGNATORY'S NAME | Mary A. Cadrot |
| SIGNATORY'S POSITION | Attorney for Applicant, IL Bar Member |
| SIGNATORY'S PHONE NUMBER | 312-224-1542 |
| DATE SIGNED | 12/19/2022 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |

## FILING INFORMATION SECTION

| SUBMIT DATE | Mon Dec 19 14:05:45 ET 2022 |
|---|---|
| TEAS STAMP | USPTO/ROA-XXX.XX.XXX.XXX-20221219140545004790-9726 8559-8506e177d43e6dc5a61f 2e6211c53d4139f4ce2597427 65d7b4c53ff24f05fbb-N/A-N /A-20221219140332029952 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **97268559** FORMA (Stylized and/or with Design, see https://tmng-al.uspto.gov /resting2/api/img/9726855 9/large) has been amended as follows:

## CLASSIFICATION AND LISTING OF GOODS/SERVICES

**Applicant proposes to amend the following:**

**Current:**
Class 042 for Non-downloadable technology platform for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control

over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**

**Tracked Text Description:** ~~Non-downloadable technology platform for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees~~; Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees

Class 042 for Software as a service (SAAS) services featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**ADDITIONAL STATEMENTS**
**Description of mark**
The mark consists of the word "FORMA" in blue. To the left of the word is a design comprising twelve circles forming a pixel design. The top four circles are blue, the next two are orange, the next two are pink, and the bottom four are yellow.

**Correspondence Information (current):**
    ANGELA C. WILCOX
    PRIMARY EMAIL FOR CORRESPONDENCE: awilcox@wilcoxip.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mcadrot@wilcoxip.com

**Correspondence Information (proposed):**
    Angela C. Wilcox
    PRIMARY EMAIL FOR CORRESPONDENCE: awilcox@wilcoxip.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mcadrot@wilcoxip.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /Mary A. Cadrot/    Date: 12/19/2022
Signatory's Name: Mary A. Cadrot
Signatory's Position: Attorney for Applicant, IL Bar Member

Signatory's Phone Number: 312-224-1542 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    ANGELA C. WILCOX
    WILCOX IP, PC

    20 NORTH WACKER DRIVE, SUITE 1000
    CHICAGO, Illinois 60606
Mailing Address:    Angela C. Wilcox
    WILCOX IP, PC
    20 NORTH WACKER DRIVE, SUITE 1000
    CHICAGO, Illinois 60606

Serial Number: 97268559
Internet Transmission Date: Mon Dec 19 14:05:45 ET 2022
TEAS Stamp: USPTO/ROA-XXX.XX.XXX.XXX-202212191405450
04790-97268559-8506e177d43e6dc5a61f2e621
1c53d4139f4ce259742765d7b4c53ff24f05fbb-
N/A-N/A-20221219140332029952

00301

| **To:** | Angela C. Wilcox(awilcox@wilcoxip.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97268559 - FORMA |
| **Sent:** | December 01, 2022 04:32:58 PM EST |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

## United States Patent and Trademark Office (USPTO)
## Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 97268559

**Mark:** FORMA

**Correspondence Address:**
ANGELA C. WILCOX
WILCOX IP, PC
20 NORTH WACKER DRIVE, SUITE 1000
CHICAGO IL 60606 UNITED STATES

**Applicant:** Twic, Inc.

**Reference/Docket No.** N/A

**Correspondence Email Address:** awilcox@wilcoxip.com

# NONFINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within <u>six months</u> of the issue date below or the application will be <u>abandoned</u>.** Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:** December 01, 2022

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**

- Identification of Services Amendment Required
- Description of Color in the Mark Required

## Search of Office Database

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

## Identification of Services

The identification of services is indefinite and must be clarified because it does not identify the services with sufficient specificity. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

Applicant should note that any wording in **bold** and in *italics*, below offers guidance and/or shows the changes being proposed for the identification of goods and/or services. When making its amendments, applicant should enter them in standard font, not in **bold**, in *italics*, underlined or in ALL CAPS.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

Applicant may adopt the following identification, if accurate:

International Class 42: ***Platform as a service (PAAS) featuring computer software platforms for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees***

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

## Description of Color in Mark

Although applicant submitted a drawing showing the mark in color with a color claim, applicant did not provide the required description that specifies where each color appears in the literal and design elements in the mark. *See* 37 C.F.R. §§2.37, 2.52(b)(1); TMEP §807.07(a)-(a)(ii). Therefore, applicant must provide this description. *See* TMEP §807.07(a)(ii).

Generic color names must be used to describe the colors in the mark, e.g., red, yellow, blue. TMEP

§807.07(a)(i)-(ii). If black, white, and/or gray represent background, outlining, shading, and/or transparent areas and are not part of the mark, applicant must so specify in the description. *See* TMEP §807.07(d).

The following description is suggested, if accurate: "**The mark consists of the word "FORMA" in blue. To the left of the word is a design comprising twelve circles forming a pixel design. The top four circles are blue, the next two are orange, the next two are pink, and the bottom four are yellow.**"

### Response Guidelines

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational video "Response to Office Action" for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

An applicant may check the status of or view documents filed in an application or registration using the Trademark Status and Document Retrieval (TSDR) system. Enter the application serial number or registration number and click on "Status" or "Documents."

**How to respond.  Click to file a response to this nonfinal Office action.**

/Michael Souders/
Trademark Examining Attorney
Law Office 115
(571) 272-9483
michael.souders@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** The

response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

000305

## United States Patent and Trademark Office (USPTO)

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on December 01, 2022 for
## U.S. Trademark Application Serial No.  97268559

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action in order to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action**. This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

000307

| | Statistics for Case 97268559 | | | | | |
|---|---|---|---|---|---|---|
| **#** | **Search** | **Total Marks** | **Dead Marks** | **Live Viewed Docs** | **Live Viewed Images** | **Status/Search Duration** |
| **1** | 260116[dc] | 16609 | 0 | 0 | 0 | 0:00 |
| **2** | 260121[dc] | 277180 | 0 | 0 | 0 | 0:00 |
| **3** | 260131[dc] | 31820 | 0 | 0 | 0 | 0:00 |
| **4** | 1 and 2 and 3 | 2220 | 0 | 0 | 0 | 0:00 |
| **5** | 4 and "042"[cc] | 1227 | 0 | 0 | 0 | 0:00 |
| **6** | 5 and ("042" a b "200")[ic] | 405 | 175 | 230 | 230 | 0:01 |
| **7** | 4 and "009"[cc] | 1391 | 0 | 0 | 0 | 0:00 |
| **8** | 7 and "009"[ic] | 369 | 192 | 177 | 177 | 0:00 |
| **9** | 1 and 3 | 3511 | 0 | 0 | 0 | 0:00 |
| **10** | 9 and "009"[cc] | 2191 | 0 | 0 | 0 | 0:00 |
| **11** | 10 and "009"[ic] | 567 | 199 | 289 | 289 | 0:00 |
| **12** | 11 not dead[ld] | 289 | 0 | 289 | 289 | 0:00 |

Session started 12/01/2022 4:16 pm
Session ended 12/01/2022 4:32 pm
Total search duration 1.00
Session duration 15 minutes 19 seconds
Adjacency Level 1
Near Level 1

| | Statistics for Case 97268559 | | | | | |
|---|---|---|---|---|---|---|
| # | Search | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/Search Duration |
| 1 | *f{v}rm{v}*[bi,ti] not dead[ld] | 15061 | 0 | 0 | 0 | 0:01 |
| 2 | 1 and "042"[cc] | 8117 | 0 | 0 | 0 | 0:01 |
| 3 | 2 and ("042" a b "200")[ic] | 2237 | 0 | 0 | 0 | 0:01 |
| 4 | *forma*[bi,ti] not dead[ld] | 8334 | 0 | 0 | 0 | 0:01 |
| 5 | 4 and "042"[cc] | 5071 | 0 | 0 | 0 | 0:00 |
| 6 | 5 and ("042" a b "200")[ic] | 1611 | 0 | 0 | 0 | 0:01 |
| 7 | "forma"[bi,ti] not dead[ld] | 113 | 0 | 113 | 113 | 0:01 |
| 8 | 4 and "009"[cc] | 5559 | 0 | 0 | 0 | 0:00 |
| 9 | 8 and "009"[ic] | 1159 | 0 | 0 | 0 | 0:01 |
| 10 | 260116[dc] | 16609 | 0 | 0 | 0 | 0:00 |
| 11 | 260121[dc] | 277180 | 0 | 0 | 0 | 0:00 |
| 12 | 260131[dc] | 31820 | 0 | 0 | 0 | 0:00 |
| 13 | 10 and (11 or 12) | 9974 | 0 | 0 | 0 | 0:00 |
| 14 | 13 and "042"[cc] | 5570 | 0 | 0 | 0 | 0:00 |
| 15 | 14 and ("042" a b "200")[ic] | 1716 | 0 | 0 | 0 | 0:01 |
| 16 | 10 and 12 | 3511 | 0 | 0 | 0 | 0:00 |
| 17 | 16 and "042"[cc] | 1942 | 0 | 0 | 0 | 0:00 |
| 18 | 17 and ("042" a b "200")[ic] | 565 | 139 | 261 | 261 | 0:01 |

Session started 12/01/2022 2:30 pm

Session ended 12/01/2022 3:01 pm

Total search duration 9.00

Session duration 30 minutes 50 seconds

Adjacency Level 1

Near Level 1

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Wednesday, February 23, 2022 00:31 AM |
| **To:** | awilcox@wilcoxip.com |
| **Cc:** | mcadrot@wilcoxip.com |
| **Subject:** | Official USPTO Notice of Design Search Code: U.S. Trademark SN: 97268559: FORMA (Stylized/Design) |

**Docket/Reference Number:**

The USPTO has assigned design search codes to your application (U.S. serial number: 97268559).

**Design search codes assigned to your application:**

26.01.16 - Circles touching or intersecting
26.01.21 - Circles that are totally or partially shaded.
26.01.31 - Circles - five or more
26.01.31 - Five or more circles

If you would like to request that we add or delete a design search code, please email TMDesignCodeComments@USPTO.GOV. Include your name, application serial number, a list of design search codes you would like to add or delete, and a brief justification. We will process your request within two business days. If we approve your request, the updated list of design search codes will appear in our Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/, under the "Mark Information" tab.

Design search codes are numerical codes we assign to the prominent features of your mark's design. We call these features "design elements." A design element can be any component of your mark that is not a word, such as a depiction of a star or a flower. Assigning design search codes to your mark helps us more effectively search our database for marks that may conflict with yours. Design search codes have no legal significance and will not appear on the registration certificate.

For more information about design search codes, including why and how we use them and information on adding or deleting design search codes from your application, please visit our design search code webpage at http://www.uspto.gov/DesignSearchCodes. For a list of design search codes, see the design search code manual at http://tess2.uspto.gov/tmdb/dscm/index.htm.

For questions, please call 1-800-786-9199 (option 1) to speak to a Customer Service representative in the Trademark Assistance Center. Please visit http://www.uspto.gov/TrademarkAssistance for additional information about the Trademark Assistance Center.

This notice will be available in TSDR in one business day.

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97268559**
**Filing Date: 02/15/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97268559 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\972\685\97268559\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | FORMA |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) blue, orange, pink, yellow is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a pixel design. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 2778 x 712 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Twic, Inc. |
| *MAILING ADDRESS | 47000 Warm Springs Blvd, Ste 1-170 |
| *CITY | Fremont |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94539 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 042 |
| | Non-downloadable technology platform for human resource professionals to offer personalized employee benefits, |

| *IDENTIFICATION | healthcare benefits, insurance benefits and lifestyle benefits to employees. |
|---|---|
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Angela C. Wilcox |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Wilcox IP, PC |
| STREET | 20 North Wacker Drive, Suite 1000 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 60606 |
| PHONE | 312-224-1504 |
| EMAIL ADDRESS | awilcox@wilcoxip.com |
| OTHER APPOINTED ATTORNEY | Mary Cadrot |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Angela C. Wilcox |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | awilcox@wilcoxip.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mcadrot@wilcoxip.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |

## SIGNATURE INFORMATION

| | |
|---|---|
| SIGNATURE | /Jason Fan/ |
| SIGNATORY'S NAME | Jason Fan |
| SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 5105561967 |
| DATE SIGNED | 02/15/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

000312

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97268559**
**Filing Date: 02/15/2022**

## To the Commissioner for Trademarks:

**MARK:** FORMA (stylized and/or with design, see mark)
The literal element of the mark consists of FORMA. The color(s) blue, orange, pink, yellow is/are claimed as a feature of the mark. The mark consists of a pixel design.
The applicant, Twic, Inc., a corporation of Delaware, having an address of

    47000 Warm Springs Blvd, Ste 1-170
    Fremont, California 94539
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042: Non-downloadable technology platform for human resource professionals to offer personalized employee benefits, healthcare benefits, insurance benefits and lifestyle benefits to employees.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Angela C. Wilcox. Other appointed attorneys are Mary Cadrot. Angela C. Wilcox of Wilcox IP, PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    20 North Wacker Drive, Suite 1000
    Chicago, Illinois 60606
    United States
    312-224-1504(phone)
    awilcox@wilcoxip.com

Angela C. Wilcox submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Angela C. Wilcox
    PRIMARY EMAIL FOR CORRESPONDENCE: awilcox@wilcoxip.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mcadrot@wilcoxip.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;

- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jason Fan/   Date: 02/15/2022
Signatory's Name: Jason Fan
Signatory's Position: CEO
Signatory's Phone Number: 5105561967
Signature method: Sent to third party for signature
Payment Sale Number: 97268559
Payment Accounting Date: 02/15/2022

Serial Number: 97268559
Internet Transmission Date: Tue Feb 15 19:39:35 ET 2022
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2022021519393566
3905-97268559-81072c8a7af22951d48678358f
ca5ab7ae993fe18a10d4db83b5db588d6dbd77-C
C-39343022-20220215090921397513



000315



000316



Brand
Guidelines

Updated
March 2022

# forma

A guide to ensure consistency
within the Forma brand.

Brand Platform
Brandmarks
Color Palette
Typography
Illustration
Photography
Textures
Graphics
Applications

# Brand Platform

**Positioning**

Our positioning articulates what we offer and emphasizes how we stand apart from our competitors.

Forma is the life benefits platform that makes it easy to design and scale flexible benefits programs— whether your workforce is onsite, remote, or global.

**Promise**

Our promise describes the unique
benefits that we provide to customers.

# Employee benefits that
# flex to fit everyone's life.

---

**Value Propositions**

Our value propositions capture
what specific advantages we bring
to customers.

## Design and deliver flexible, inclusive, and global benefits programs at every scale in a modern way.

**Enterprise-Ready Platform**
Engineered to integrate with existing systems, Forma streamlines HRIS
integration, payroll reporting, tax compliance, and financial operations—
all while securing your data and protecting your privacy.

**Global Coverage**
With a growing marketplace that supports the languages and currencies
of more than 60 countries across the world, employees can enjoy
benefits whether they're onsite, remote, or global.

**Ever-Expanding Marketplace**
With pre-configured vendor relationships, personal payment cards, and
trusted suggestions, employees can easily explore a myriad of options
to find the benefits that work best for them.

**Exceptional Experience**
The all-in-one employee portal brings together our marketplace,
relevant content, and fast claims processing, making personalized
benefits a delight to discover and activate. Our 98% CSAT and 75 NPS
from more than 300,000 employees speak for themselves.

**Stellar Support**
To guide employees towards what they need and help your HR and
Finance teams succeed, our Customer Success Team is there for you.
(All humans, no robots.)

**Purpose**

Our purpose is an evocative description
of why we exist as an organization.

# Helping the modern workforce find harmony at work and in life.

---

**Story**

Our story is an engaging and inspiring
representation of our brand.

Just like our world, today's workforce is changing. No longer confined to cubicles, conference calls, or commutes, we're more diverse and distributed than ever before. But, while companies are moving forward, employee benefits are falling behind.

Our benefits should flex to fit our lives, not the other way around. It's time to make the switch from one-size-fits-none to unique options for everyone.

With flexible benefits that are delightful, distinct, and designed to support people's wellbeing, Forma helps the modern workforce find harmony at work and in life.

**Voice**

Our voice informs how we express
our values in writing.

**Flexible**
Adaptive and diverse, never static.
Speak with a sense of warmth.
Individualized and intentional, never rigid.
Make space for everyone with inclusive language.

**Trustworthy**
Credible and consistent, never contrived.
Speak with a sense of simplicity.
Distinct and direct, never vague.
Inform and inspire with clear language.

**Ambitious**
Purposeful and energetic, never passive.
Speak with a sense of energy.
Celebratory and shared, never critical.
Keep things moving with actionable language.

---

**Copywriting**

Consistent copywriting helps our
customers trust and remember us.

**Practice consistency when engaging with our audiences.**
Refer to customers as "you and your teams."
Refer to companies as "your organization."
Refer to members as "your workforce" and "your employees."
Refer to end users as "members."

**Use actionable language to address each audience directly.**
Do: With Forma, you can...
Don't: Forma empowers corporations to...

**Encourage conversation with a candid tone of voice.**
Do: Let's find the best benefits for you.
Don't: Enter your requirement code here.

**Take note of the key differences between our support teams.**
The Member Experience Team is for employees
and is available 24/7.
The Customer Success Team is for employers
and is available during business hours.

**Avoid formal language unless it is necessary to describe
technical details.**
Do: Enjoy pre-tax savings for eligible healthcare expenses.
Don't: Choose from a variety of FSA and HSA plans.

**Capitalization and Punctuation**

Consistent copywriting helps our
customers trust and remember us.

**Sentence Case**
Sentence case should be used in most instances to signal our
candid and conversational tone of voice.
- Headers and subheaders (including articles)
- Quotes
- Body copy

**Title Case**
Title case should only be used when calling attention to
technical details, interactive elements, and category markers.
- Navigational elements, filters, or tags
- Buttons or CTAs
- Category titles

**Lower Case**
While our wordmark is set in lower case to reflect warmth
and humanity, our name should always be written as "Forma."

**All Caps**
All caps is never used because it reduces legibility, increases
tension, and works against our personality.

**Punctuation**
Follow standard rules of punctuation. Reserve periods for full
sentences, not headers and subheaders.

---

**Visual Design Principles**

Our principles are the values that shape
our brand expression. Every aspect of our
brand should reflect these qualities.

# Radical Ambition
# Delightful Choice
# Thoughtful System
# Trustworthy Guidance
# Shared Belonging

# Brandmarks

**Symbol**

Our symbol is a vibrant representation
of the universe of choice that we offer
to our customers. It also reflects
the dynamic, diverse, and optimistic
workforce we serve.

**Wordmark**

Our new name is inspired by the idea
of shaping delightful, diverse options
for everyone instead of one-size-fits-none.

Our wordmark is built from custom letter-
forms that reflect our bold, credible, and
modern perspective. We use all lowercase
letters to convey an approachable tone.

# forma

**Primary Lockup**

Our primary lockup includes both our
symbol and our wordmark. This lockup
acts as a universal signature across all
of our communications.







**Secondary Lockup**

Our secondary lockup is vertical in orientation and is ideal for use in tall or narrow spaces.



**Color Usage**

In addition to our full color brandmarks, our brandmarks also exist in single color variations (Indigo and Warm White). When possible, use the full color versions. In scenarios where a single color is necessary, be sure to choose the color that will create the most contrast against the background it is sitting on.

**Clear Space**

Please take special care in placing our
wordmark in proximity to other elements.
Minimum clear space is shown here.



**Clear Space**

Please take special care in placing our
wordmark in proximity to other elements.
Minimum clear space is shown here.



**Minimum Size**

When scaling the primary lockup, consider its relationship in proportion to the format and other page elements.

Do not scale below the minimum sizes, as shown on the right.



**Partner Lockups**

When creating a co-branding lockup, both brandmarks should be of equal height. In pairings that vary drastically in proportion, scale the brandmarks optically to ensure visual balance.







# Color Palette



### Color Palette

Our brand palette consists of vibrant colors that convey a sense of delight and energy when used individually, or together in a composition.

| Indigo | Warm White | Blue 1 | Blue 2 | Red Orange | Pink | Yellow | Peach | Cyan |
|---|---|---|---|---|---|---|---|---|
| HEX #150050 | HEX #FFF6E8 | HEX #4967E5 | HEX #5E85FE | HEX #EF6051 | HEX #FA9BFA | HEX #FACF18 | HEX #FFBF7B | HEX #56CAEC |
| RGB 21, 0, 80 | RGB 255, 246, 232 | RGB 73, 103, 229 | RGB 94, 133, 254 | RGB 239, 96, 81 | RGB 250, 155, 250 | RGB 250, 207, 24 | RGB 255, 191, 123 | RGB 86, 202, 236 |
| CMYK 100, 100, 25, 42 | CMYK 0, 2, 8, 0 | CMYK 76, 63, 0, 0 | CMYK 68, 42, 0, 0 | CMYK 1, 81, 72, 0 | CMYK 5, 54, 0, 0 | CMYK 1, 81, 100, 0 | CMYK 0, 29, 57, 0 | CMYK 57, 0, 4, 0 |
| PMS 2766 C | PMS 9285 C | PMS 2386 C | PMS 2727 C | PMS 7417 C | PMS 223 C | PMS 109 C | PMS 148 C | PMS 305 C |
| PMS 2768 U | PMS 9285 U | PMS 2174 U | PMS 2727 U | PMS Bright Red U | PMS 223 U | PMS Yellow 012 U | PMS 148 U | PMS 305 U |



### Color Distribution

Our color palette is anchored by Indigo, Warm White, and Blue 1. Our accent colors are used within our logo, illustrations, graphics, and sometimes typography. Blue 2, Pink, Red, and Yellow should be used in roughly equal proportions, while Peach and Cyan should be more sparingly.

Used for backgrounds, primary text, and graphics

Used for backgrounds or highlight text

Used for highlight text, graphics, illustrations, and our logo

Used for graphics and illustrations



**Text Color Accessibility**

Appropriate color usage for text is outlined here and should be followed to ensure that maximum legibility is maintained.

**Primary**
Headlines, Body Copy, Captions

Aa

Warm White

Contrast 17:1
Large Text AAA
Small Text AAA

**Secondary**
Headline Highlights Only

Aa  Aa

Pink
Contrast 8.7:1
Large Text AAA

Red
Contrast 5.6:1
Large Text AAA

Aa  Aa

Yellow
Contrast 12.75:1
Large Text AAA

Blue 2
Contrast 5.45:1
Large Text AAA

**Primary**
Headlines, Body Copy, Captions

Aa

Indigo

Contrast 17:1
Large Text AAA
Small Text AAA

**Secondary**
Headline Highlights Only

Aa

Blue 1
Contrast 4.5:1
Large Text AAA

**Primary**
Headlines, Body Copy, Captions

Aa

Warm White

Contrast 4.5:1
Large Text AAA
Small Text AA

**Secondary**
Headline Highlights Only

Aa

Yellow
Contrast 3.38:1
Large Text AA



# Typography

Brand Typeface

We use Labil Grotesk for all brand communications. Labil Grotesk is a sans serif typeface with contemporary forms and unique details. It balances functional clarity with distinct geometric character.

# AaBb

Weights

Labil Gotesky Regular is our primary weight and should be used in most scenarios (headlines, subheads, body copy). Labil Grotesk Medium is only used in scenarios where we need to create an additional level of hierarchy at smaller scales. See the following page for more details on when to use medium vs. regular.

Labil Grotesk, Regular
ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789
$(&?!%;:"-)*

Labil Grotesk, Medium
ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789
$(&?!%;:"-)*



## Color

Our accent colors can be used to distinguish categories within a list. This vibrant styling reflects our sense of diversity and choice.

Indigo
#160050

**Family & Relationships** — Blue 2 #5E85FE

**Education & Career** — Pink #FA98FA

**Wellbeing & Lifestyle** — Yellow #FACF18

**Basic Health & Protection** — Red Orange #DF6051

**Money & Wealth** — Blue 2 #5E85FE

**Work & Performance** — Pink #FA98FA

Labil Grotesk
Regular
100 PT
100% Line Height

---

**Google Typefaces**

Our brand typeface, Labil Grotesk, should be used wherever possible.

In scenarios where this is not possible (Google Slides + Docs), Helvetica Neue may be used in place of Labil Grotesk.

Helvetica Neue, Regular
ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789
$(&?!%;:"-)*

**Helvetica Neue, Bold**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**
**0123456789**
**$(&?!%;:"-)***

**Google Typefaces Heirarchy**

Refer to the examples on this page
for recommended styles and
hierarchy when using Helvetica Neue.

Within Gmail, please select the
typeface designated "Sans Serif."

Helvetica Neue
Regular
175 PT
100% Line Height

# Benefits that flex to fit

Helvetica Neue
Regular
40 PT
110% Line Height

## A universe of life benefits for today's workforce

Helvetica Neue
Bold
19 PT
140% Line Height

**Design and customize
your program**

Helvetica Neue
Regular
11 PT
140% Line Height

Select from a variety of ready-to-run life benefits programs that
best match your strategy and coverage needs, including flexible
funding options, whether pre-tax, employer-, or employee-
sponsored. Then once you've established customized spending
accounts, sit back and let your employees set up their
personalized benefits.

# Illustration



**Illustrations**

We use illustrations to bring a human perspective to our broad range of product offerings and advantages. Our illustrations convey people, abstract concepts, and tangible benefits. Our distinct illustration style features fluid curves, vibrant colors, subtle gradients, and playful energy.

The illustration on this page conveys the diverse lifestyles of our customers and the flexible benefits we offer them.



**Hero Illustrations**

Hero illustrations generally convey broader scenes and subject matter, and are intended to be used at a larger size.

The illustration on this page conveys the idea finding harmony at work and in life.



**Spot Illustrations**

Our spot illustrations are typically used to convey specific ideas or advantages.

The illustrations on this page convey a new level of flexibility, efficient administration, and a competitive advantage.



**Spot Illustrations**

Our spot illustrations are typically used to convey specific ideas and advantages.

The illustrations on this page convey the global workforce, caring for others, and challenging our own ideas.



**Spot Illustrations**

Our spot illustrations are also used to depict the different life benefits we offer.

The illustrations on this page convey:
Wellbeing & Lifestyle
Basic Health & Protection
Money & Wealth
Family & Relationships
Work & Performance
Education & Career



**Small Scale Illustrations**

At smaller scales, our illustrations are simplified for clarity.

The illustrations on this page convey the benefits we offer our own team:
Remote Friendly
Healthcare
Flexible PTO
Parental Leave
Lifestyle Stipend
Team building Stipend
Productivity Stipend
Career Opportunities



**Illustrated Portraits**

Illustrations may also be used to represent specific people on our team. These portraits feature slightly more realistic facial features, but otherwise align with our other illustrations.

# Photography

### Photography Style

Our photography style is warm and approachable. When possible, use bright, natural lighting and avoid overly busy compositions. Our photos capture candid moments of our customers and employees. People should appear relaxed and in natural environments. Imagery of people should capture diversity of gender, age, and ethnicity whenever possible.




### Photography Style

Our marketplace photography is bright, clear, and colorful. Photos should show specific moments or benefits that Forma offers. We use tight crops to emphasize specific items or moments. Backgrounds should show realistic scenery without adding visual clutter.











CONFIDENTIAL                                                                 03335

**Things to Avoid**

Avoid photographs that are overly posed or unnatural. Avoid settings that are busy and cluttered, and appeared staged. People should not have contrived facial expressions. Do not use imagery that has harsh lighting, is too washed out, or uses strong photo filters.



# Textures





# Graphics





**Abstracted Interfaces**

We also use abstractions of our platform
to show specific product features in
a more simplified manner. We show mobile
and desktop screens, and use a layered
approach to highlight specific elements.



**Abstracted Interfaces**

Our debit card can be paired with
abstracted interfaces to demonstrate
ease of use. When we want to represent
specific partners on our platform, their
logos can be featured alongside simplified
UI components and photography.

# Applications



**Website**

Our website is used to intrigue and inform potential customers about our company and product. An intuitive interface and dynamic visuals encourage engagement and conversion.

Illustrations are used to convey high-level ideas that relate to our brand messaging or product advantages. Abstract UI is used to highlight our product features, while photos are used to reflect tangible benefits or real people.

CONFIDENTIAL                                                                                                                                               003340









### White Paper

Our white papers are important tools for sharing information. These documents leverage typography, illustrations, abstract UI, and color to present complex ideas with clarity.



### Tote Bag

Our visual identity can be applied to various pieces of merchandise, including tote bags. These pieces can leverage our colorful and bold type as a design element.



**Social Media**

When we communicate on social media, we aim to keep our posts simple and focused. Imagery should be used independently and without treatment. Typography can be used in combination with our brand colors and textures.



**Business Card**

Our business cards feature our wordmark, brandmark, and contact information. We use our Indigo color as a rich backdrop to instill trust and ensure legibility.





CONFIDENTIAL                                                                                                        003345

EXHIBIT C

 forma

# Customizable spending accounts. Better benefits.

For years, well-intentioned organizations have added more benefit programs and perks only to find they're too complex and employees don't value them. Forma designed a better way with a flexible benefits platform that's easy to manage and lets employees choose benefits that work for them.



## One platform. Ultimate flexibility.

Forma gives users a single touchpoint and personalized experience for all their spending account benefits. Our approach has helped companies save costs, improve utilization, and support individual needs on a global scale.

## Forma's Flexible Benefits Suite

One place for all your spending accounts

 **Lifestyle Spending Account (LSA)**

 **Health Savings Account (HSA)**

 **Flexible Spending Account (FSA)**

 **Commuter**

 **COBRA**

 **Health Reimbursement Arrangement (HRA)**

## Powering flexible benefits worldwide

    
    

# The platform that does it all for you!

Forma helps create custom, inclusive, global benefits programs that flex to fit everyone–all in an easy-to-use platform.

**+ Three ways to pay**
Employees spend benefit funds on their terms via The Forma Store, The Forma Visa Card, or claims reimbursement.

**+ Dedicated support**
We'll handle procurement, administration, fulfillment, and compliance. Plus, enjoy fast claims review with 24/7 support. All humans. No bots.

**+ Award-winning UI/UX**
Employers seamlessly define, manage, and adjust benefits anytime for employees to use with ease.

**+ Truly global**
We're live in 100+ countries so you can deliver all of the unique customizations and processes at scale.

**+ Enterprise-grade tech**
Forma is SOC 2 certified, GDPR compliant, and adheres to WCAG standards expected of global enterprises.

**+ A beautiful backend**
The tech behind the scenes is world-class. Payments, HR integrations, and managing different taxation processes are easy and just work.

# How Forma works

The flexible benefits platform works hard so you don't have to!

**1 Quickly customize and set up spending accounts**
Forma works with you to define account types and eligibility requirements.

**2 Employees choose what works for them**
Your workforce selects benefits and uses funds based on their personal preferences.

**3 Forma takes care of the rest**
We help take care of it all–so you can take a break and reap the benefits of Forma!



**An exceptional experience on a global scale**

| 98% | 98% | 220+ | 75 | 450K | 100+ |
|-----|-----|------|----|----|----|
| CSAT rating | customer retention | customers | NPS | active members | countries |

joinforma.com
sales@joinforma.com





**forma**
research

# The comprehensive guide to Lifestyle Spending Accounts (LSAs)

Gain insight into the LSA market and why the benefit is mission-critical



# Employee benefits that flex to fit everyone's life





forma

001523

What you'll learn

**01**  **Redefining employee benefits with Lifestyle Spending Accounts**                    4

**02**  **What is an LSA?**                    5

   The evolution of flexible benefits

**03**  **How LSAs work**                    7

   The advancement of modern TPA

   Point solutions vs LSAs

   The top LSA use cases

**04**  **10 reasons why LSAs are better than market alternatives**                    13

**05**  **Unlock the benefits of LSAs**                    17

Forma Research: The comprehensive guide to Lifestyle Spending Accounts

# Redefining employee benefits with Lifestyle Spending Accounts

Companies are critically aware of how important employee benefits are as a key driver to attracting and retaining top talent. Not surprisingly, employee benefits rank as the second largest labor-related expense next to salary and account for 30% of the overall employee compensation budget.

In order to keep pace with rapid change in today's competitive job market, organizations have introduced more and more programs into the benefits package. Yet, there are fractures in this approach that diminish returns. Despite the many perks available, employees don't fully value or use the benefits. Offering a multitude of perk-based point solutions isn't equitable or scalable.

**More doesn't always deliver.**

**80%** of companies offer

# 5-15 perk and wellness benefits

averaging **> 50% utilization per program**

Forma Research: 2023 state of employee perks and wellness programs

With the growing number of benefits, program costs skyrocket, and administration demand goes up. Difficulties navigating the complexities of multiple platforms just to access the many benefits in the ever-growing benefits program drive down utilization. Understandably, finance teams start to scrutinize the investment as the benefits no longer serve the intended purpose.

Lifestyle Spending Accounts (LSAs) change the paradigm. LSAs offer much-needed efficiencies in terms of capital allocation and administration efforts. Benefits only work if employees use them—and unless the program addresses their specific needs, they won't. These ultra-customizable spending accounts can cover expansive needs at scale. As such, the solution provides employees with an idyllic experience when choosing and using benefits based on their personal preferences.

**Do more with less.**

# 80% average monthly utilization by Forma users

Forma Research: 2022 Lifestyle Spending Accounts (LSA) benchmark report

This paper provides the foundation to better understand the emerging LSA market. The information breaks down what an LSA is, how the benefit works, its advantages, use cases, and why it's a critical component of a comprehensive benefits strategy. With a deeper understanding of the LSA domain, benefits professionals will have the tools needed to build a competitive benefits system where employees choose meaningful benefits, companies only pay for valued benefits, and benefits professionals have less to manage.

Forma Research: The comprehensive guide to Lifestyle Spending Accounts

001525

04

# What is an LSA?

A Lifestyle Spending Account (LSA) is an employer-sponsored account that employees can use to pay for various lifestyle-related expenses. LSAs are infinitely customizable spending accounts where the employer provides a stipend for approved benefit use cases, defines eligibility rules, and then gives the employees choice on how they spend funds. Usually, a third-party administrator (TPA) will manage the program, process claims, and handle reimbursements.

Employers can customize the accounts with subsequent eligibility criteria to steer employee usage without undue limitations. The options are limitless and determined by where companies want to focus the benefits investment. As such, LSAs are the most capital-efficient approach to benefits and perks available. Companies only spend on perks that get used and are meaningful to employees.

## Get more with LSAs

LSA benefits can be customized to your existing programs, budgets, and company values. And with the industry's first LSA Eligibility Standards, setting eligibility is as easy as a toggle switch.

 Learn more about LSA use cases.


Fitness & wellness


Family care


Remote work


Learning & development


Student loan assistance


Commuter assistance


Employee meals & nutrition


Adoption & fertility support


Financial wellness


Legal services


International healthcare


Work supplies & PPE


Pet care


Environmental, social & governance


Diversity, equity, & inclusion


Relocation assistance


Team building


Donation assistance


Emergency relief


+ many more

# The evolution of flexible benefits

Not too long ago employees could expect a finite amount of commoditized benefits as part of the Total Rewards package. From medical, dental, vision, life insurance, and some sort of retirement benefits, employers set the bar for the demand.

As the competition to attract and retain top talent grew fierce, employee benefits became an integral piece of the puzzle. Employers surveyed employees for input and responded in kind. The power dynamic gradually began to shift, giving employees a seat at the table.

### People value choice.

A 2022 conjoint analysis conducted by Forma and Aon revealed that employees place a high value on flexibility and choice.



A benefit set by the employer ranked poorly at 16 out of 17, with 15 options that offer the flexibility to choose ranking higher.

Receiving the right benefit can increase the perceived value up to

## 53%

Forma Research and Aon:
The ROI of flexible benefits



New innovative solutions emerged to offset the rising cost of healthcare, such as high deductible health plans with Health Savings Accounts. The consumer-driven model encouraged employees to take a more active role in managing their benefits.

Meanwhile, fringe benefits from wellness initiatives with rewards that drive healthy behaviors to professional development programs that advance skills gained momentum. Employers incentivized employees further with onsite perks from gym memberships to in-office lunches, snacks, and coffee stations—even ping pong and gaming centers.

Then, Covid hit. Overnight, organizations needed to quickly support a workforce operating at home. Ergonomic chairs, meal service, mental wellness apps, virtual healthcare, Wi-Fi, the list goes on—work from home perks became the norm.

The need to respond to change accelerated the trend toward employee-centered benefits and hasn't slowed down—the overturning of Roe V. Wade drew attention to Specialty HRAs, the Black Lives Matter Movement increased focus and scrutiny on DE&I, and the war in Ukraine generated a need to support displaced employees, oceans away.

**The collective has changed the benefits market, with ever-evolving demands and more programs being added to the mix. The days of HR departments dictating which benefits are best for the whole staff have become obsolete. Employees don't just want more. They want the autonomy to make decisions based on what works for them and their situations.**

**Enter Lifestyle Spending Accounts.**

Forma Research: The comprehensive guide to Lifestyle Spending Accounts

001527   06

# How LSAs work

With LSAs, employers can set up various allowances and define eligibility parameters. For example, a company can offer employees $100 per month for approved wellness activities, a separate account for financial aid assistance, and even one-time usage benefits for needs like adoption assistance or a new hire's home office equipment.

At the highest level, the LSA construct includes a few basic parameters.

+ Employers determine the funding.
+ Employers define eligibility requirements for each spending account.
+ Employees choose how to spend account funds.

Within the framework, employers set program eligibility so it fits the goals of the organization and employees. Some companies will be prescriptive with spending account types tied to specific initiatives, engagement survey results, or business goals and offer multiple types of LSAs. Others create a catchall Lifestyle Spending Account for broader support—perhaps mental health, physical fitness, learning & development, caregiving—whatever the company deems eligible.

Employees can use the LSA benefit differently depending on their personal preferences. For example, a company provides a wellness LSA and sets requirements that accommodate varied life stages. Those in their 20s may choose to spend funds on gym memberships. Others in their 30s may want to use funds for child care. Some in their 40s may pay for financial planning applications.

With LSAs, the options are endless. The HR team can deliver on its main focus—supporting employees. And given the flexibility of an LSA program, they're able to administer and manage successful benefits with greater ease.

## Lifestyle Spending Accounts benefit everyone.

**+ Employers**
Offer the most attractive benefits packages possible while optimizing spend.

**+ Employees**
Enjoy unlimited flexibility with how they choose their benefits.

**+ Benefits Professionals**
Eliminate countless hours (and headaches) managing point solutions.

Forma Research: 20 ways to find budget for Lifestyle Spending Accounts

Forma Research: The comprehensive guide to Lifestyle Spending Accounts

001528

07

# The advancement of a modern TPA

Outsourcing to a third-party administrator (TPA) should ease administration efforts. Typically, the TPA manages all of the employee claims, vendor relationships, and compliance factors. More sophisticated and innovative TPAs have entered the market–the advancement of which offers a single touchpoint to administer LSAs. This way, employers can provide various LSA programs in a unified manner.

The combination of an LSA and an experienced, modern TPA solution can be game-changing.

+ Companies can deliver inclusive, equitable benefits at every scale.

+ Budget control, accountability, and administration are best-in-class.

+ Employers and employees enjoy enhanced accessibility via a single solution with a rewarding user experience.

+ Data-gathering capabilities evaluate program performance, engagement, and utilization.

+ The program can be easily adjusted anytime and respond to emerging needs.

All the above lessen the administrative burden and inefficiencies. The modernized solution helps drive engagement and utilization. Naturally, employees choose and use their benefits. Benefits leaders have a clear understanding of when the benefit is being used. As a result, companies can efficiently allocate spend based on when employees use funds.

## How Forma works

The platform that works hard, so you don't have to. This way, you can focus on being strategic, inclusive, and competitive.

**1**   **Customize and set up spending accounts.**
Forma works with you to define account types and eligibility requirements.

**2**   **Employees choose what works for them.**
Your workforce selects benefits and uses funds based on their personal preferences.

**3**   **Forma takes care of the rest.**
We help take care of it all–so you can take a break and reap the benefits of Forma!

🔍 Learn more about how how to design a custom LSA program.



# Point solutions vs. LSAs

Companies often contract vendors to provide point solutions or stand-alone perks, stipends, or wellness benefits. In an attempt to support growing demands, point solutions are included ad hoc, with employers choosing individual vendors to administer each one. While the intent is sound, the strategy falls short. Patching together disparate systems - many of which were built in the 1990s with outdated UX - is inefficient, ineffective, and makes matters worse for everyone involved.

A better approach to meet diverse needs at scale is to leverage the flexibility of an LSA with a modern TPA solution. The combination reaps many advantages. And, when compared to point solutions, the modernization of an LSA with newer generation TPAs proves to be the clear winner.

| Point solutions | Modern LSAs |
|---|---|
| **Substantial cost:** Managing multiple solutions and vendors comes at a high price tag compounded by the cost of hours spent on oversight. | **Streamline costs:** LSAs are 'notional', meaning the company only pays for funds that get used. This differs from various benefit point solutions that require a per-employee price regardless of usage. |
| **Administrative burdens:** Implementing and managing multiple solutions is time-consuming and inefficient. Each and every program requires oversight—from contracting to vendor management, communication plans, and internal support. Now multiply that 5x, 10x, or more. | **Drastically reduce administration oversight:** Companies can consolidate multiple LSA programs, stipends, and perks into spending accounts. A modern TPA provider handles program design, claims administration, member support, and vendor management. |
| **Usage barriers:** Users have to learn how to work multiple applications which takes time. Add to that outdated tech with poor UX leads to frustration and damages utilization. The culmination is problematic, especially when the whole point of benefits is for people to use them. | **Higher utilization:** With a single source of truth, admins and employees no longer need multiple access points, effectively removing usage barriers and driving utilization. |
| **Difficulty scaling:** Adding more and more individual benefits is cumbersome to implement. While important to be agile and respond to evolving needs, before long, the benefits system becomes highly complex and difficult to manage. | **Adaptive and scalable:** It's near impossible to identify a benefits mix that will be beneficial to a distributed, multi-generational workforce. With LSAs, employers can offer expansive options and empower employees to spend funds based on their needs. |

001530   09

# The top LSA use cases

LSAs provide distinct benefits depending on their setup. A health and wellness account, for instance, will have a different advantage than an account dedicated to working remotely or commuting. Some types of accounts, such as wellness, are universal. Others, such as child care or elder care, are more specific to certain workers. With LSAs, you can specify programs for varied uses. In each instance, the programming provides benefits that bring the flexibility that workers desire to options that help companies thrive.

Selecting the right categories for your workforce is extremely important. Make sure your design includes all the categories you wish to fund (informed by the feedback given by your employees) with specific parameters for each one.

## Provide holistic support.

Given the expansive nature of LSA design, the flexible benefit can support well-being holistically. One approach that balances administrative demand with widespread support at scale is to offer an all-encompassing LSA. Categorically, a general lifestyle benefit can cover far reach and is designed to support the four pillars of well-being: physical, mental, financial, and social. Then, employees can choose what's meaningful to them.

🔍 Learn how to design a successful LSA program.

The following breaks down the top use cases, including the account type, eligible expenses, and pro-tips to help inform LSA program design.



### Physical wellness

**Support health and well-being needs**

**Account type:** Fitness and wellness

**Eligible expenses:** Gym memberships, fitness classes, virtual fitness classes or apps, running shoes, bicycles, marathon costs, home exercise equipment, exercise clothing and accessories, healthy meal delivery, nutritional counseling

**Pro tip:** Many companies prefer to take a holistic approach to wellness and opt to include emotional, financial, family, and social well-being benefits with eligible expenses aligned to each pillar.



### Work from home

**Help workers perform their job comfortably from home**

**Account type:** Remote work

**Eligible expenses:** Desks, office chairs, headphones, desk equipment, computer/laptop accessories, cables/cords

**Pro tip:** Supporting employees' remote or hybrid work needs has become an increasingly popular benefit.



### Learning & development

**Foster career growth and opportunities**

**Account type:** Tuition reimbursement, student loan assistance, continuing education

**Eligible expenses:** In-person learning, online learning, class materials/supplies, industry event, testing fee

**Pro tip:** Expand the program to include reimbursement for ongoing education expenses and previously incurred expenses, such as student loans.



## Common types of LSAs

### Team building


**Promote belonging and company culture.**

**Account type:** Belonging, connection

**Eligible expenses:** Drinks, lunches, dinners, in-person or virtual activities

**Pro tip:** You can set aside specific funds to help support employee connection. Set up a monthly amount that doesn't roll over to incentivize team-building efforts.

### Family care


**Offer care for employees and their families.**

**Account type:** Caregiving, pet care, new parent, fertility, adoption assistance

**Eligible expenses:** Caregiving: daycare, babysitters, tutoring, eldercare, car services, dog walking, pet boarding, fertility expenses, adoption, surrogacy costs

**Pro tip:** When layered with Health Reimbursement Arrangements, family care can reimburse for fertility and reproductive health care needs as well.

### Commuter assistance

**Ease the burden of the workforce's commute.**

**Account type:** Commuter*

**Eligible expenses:** Bicycles, scooters, Uber/Lyft, gas

**Pro tip:** Many are using commuter benefits as a part of the return to work strategy. The benefit has grown popular for companies that have micro-mobility needs.

*These programs are taxable and designed to reimburse for expenses not eligible under a traditional pre-tax commuter program.

### International healthcare


**Deliver equitable benefits to support health needs worldwide.**

**Account type:** Healthcare

**Eligible expenses:** Annual physicals, preventative care, fertility treatment

**Pro tip:** Many companies want equity for the global workforce which could include access and coverage to certain healthcare not standardly available under your international health plans. Fill the gaps by country with bespoke LSAs that reimburse for expenses not covered in global medical plans.

**LSAs can support the needs of a distributed workforce.**

If you're an overseas employee, it may feel unfair to learn about all all the wonderful perks people at headquarters are receiving (and you're not). Plus, managing global benefits gets more complex when factoring in local requirements, such as commuter benefits in Japan, bicycles in Belgium, or bags of rice in the Philippines. LSAs with modern TPA tech providers can ensure benefits are equitable and inclusive on a worldwide scale.

 Learn about equitable benefits and cost-of-living guidelines.





## Common types of LSAs

### Emergency relief


**Be there for employees with emergent needs.**

**Account type:** Crisis management, emergency relief

**Eligible expenses:** Hotel, lodging, airfare, train, gas, food, backup generators, additional cell phones or utility costs, pet boarding

**Pro tip:** Support employees when they experience a crisis, such as a fire, hurricane, tornado, floods and war. The program design generally includes reimbursement up to an annual amount with no rollover.

**In case of emergency: The agility of modern HRtech**

From COVID response to the war in Ukraine, Roe vs. Wade, or the HRC's LGBTQ+ state of emergency, newer generation TPA providers can be game-changing for those experiencing an emergency. No matter the urgency, modern HRtech has the infrastructure in place to create programs and respond quickly.

 Learn how HRtech can deliver results.

### Environmental, social, and governance


**Embed ESG goals into the benefits strategy.**

**Account type:** Sustainability, EV

**Eligible expenses:** EV charging costs, electric vehicles, electric home technology (e.g., smart thermostats, dual flush toilets, solar panels)

**Pro tip:** Integrate employer's environmental strategies into benefits programs to support activities or lifestyles that promote environmental consciousness.

### Diversity, equity, and inclusion

**Give support specific to your DEIBA workforce needs.**

**Account type:** DEI, DEIBA

**Eligible expenses:** Overall wellness for both physical and emotional needs, care for family (e.g., childcare, eldercare support), car services, pet insurance, boarding

**Pro tip:** Many companies leverage DEIBA LSAs to address benefits gaps while not marginalizing others. You can support your efforts through a broad lifestyle spending account or set up specific accounts to meet your population's needs. Employers can look at specific programs that support employees' health needs as well like fertility support and gender-affirming care. They can also be used to help fund employee-initiated resource groups so you don't inadvertently alienate anyone.

**Align LSAs with company values.**

Offering LSAs that demonstrate the company's commitment to the mission can help attract and retain talent by prioritizing the shared vision. For example, lifestyle companies make it a point to reimburse fitness activities or eco-conscious brands provide charging and commuter subsidies.

 Learn how to choose the right spending accounts for your workforce.



# 10 reasons why LSAs are better than market alternatives

The shift to Lifestyle Spending Accounts (LSAs) can have a profound impact organizationally. For those sourcing and administering benefits, it can be difficult to articulate the concept and its advantages to gain broader support. As the benefits are widespread, it can be helpful to focus on the critical needs in order to successfully make the case for LSAs internally.

Here are 10 legitimate reasons why LSAs should be considered by organizations to streamline robust and competitive employee benefits.

 **LSAs accommodate personalized needs.**

The main value driver of Lifestyle Spending Accounts is that you are giving more choice and agency to the employee. This is a fundamental shift in how most organizations provide employee benefits, perks, and rewards. For example, not every employee is going to value a membership to Gold's Gym, but with an LSA some employees may be able to use those funds to pay for a dietician or to take dance classes that they're passionate about.

There are multiple use cases for LSAs. With the added flexibility LSAs offer, companies can provide inclusive benefits that support individual needs at scale. In doing so, employees get to choose and spend benefit funds on what matters to them.

 **LSAs can offset the cost of rising healthcare premiums.**

As healthcare benefits costs continue to rise, companies and employees are forced to pay higher premiums. LSAs can be used to incentivize employees to make more prudent enrollment decisions that are mutually beneficial to the employer and employee.

For example, a healthcare provider offers an added LSA allowance for employees who choose to participate in an HMO instead of the more expensive PPO. Similarly, a software company gives employees the option to opt out of a vision benefit in exchange for added LSA funds that can be spent on general health and wellness. When crunching the numbers, companies can save millions of dollars by not having to fund the employee portion of more expensive benefits options.



**3** LSAs are highly valued and appreciated by employees.

Employees give half of their awake time to their employers. Some see these experiences as just a means to a paycheck, but most employers and employees want more. Flexibility and choice are the keys to making this much more meaningful. In fact, employees will oftentimes treat their monthly LSA stipends much like they would airline miles or a gift card.

**The flexibility to choose LSAs demonstrates high value.**

When given a choice, a lifestyle benefit delivered

# 50% more value

$1 invested in a Lifestyle Spending Account has a perceived value of $1.50.

Forma Research & Aon: The ROI of flexible benefits

**4** LSAs can attract and retain the best employees.

Many HR leaders may be rightfully desensitized to tech companies and providers who claim to be a silver bullet in attracting and retaining employees. The same can be said about claims to improve employee engagement.

However, LSAs are proven to provide more competitive benefits offerings without increasing budget, to increase employee advocacy, to nudge employees toward their own development, and to give them something they truly find meaningful. As such, LSAs have a positive impact on company culture, attracting talent, and keeping engaged employees.

## LSAs can be transformative.

Both employees and HR leaders will appreciate the advantages of LSAs and modern TPA solutions.



"I have a three-and-a-half-year-old daughter who goes to preschool and I submitted an invoice from the preschool. It was approved in a day or two."

**Marina Carpova**
Global Director of Payroll



"Grateful to work for a company that values connection, growth and development of the whole human."

**Matthew Jacobs**
Regional Manager



"It gives me the opportunity to look at how I can improve or de-stress myself, or what I need to make sure I have a work-life balance."

**Avis**
Professional Services Program Manager

 Learn about the benefits that LSAs give employers and employees.


Forma Research: The comprehensive guide to Lifestyle Spending Accounts

001535        14

**5** LSAs can save money and make every dollar count.

Typically, procuring a new benefit comes with added cost, budget item, or subscription. However, LSAs don't necessarily require a net-new budget. Often, companies leverage existing program funds wasted on subscriptions or services that are poorly utilized. From an ROI perspective, not only are inefficiencies eliminated, the organization saves on administrative costs. Those willing to take a hard look at their existing benefits offerings, costs, and utilization will see that they can actually streamline the investment.

**6** LSAs can maximize the investment.

A key win with the finance team is the concept that funds are 'notional' until an employee claims their benefits. The funding methodology and utilization help organizations optimize the budget and improve cash flow. Compared to traditional subscriptions for all employees or commonly used gift card schemes, this approach is much more effective. LSAs are a great way to grow benefits without a growing budget.

**7** LSAs help reduce stress and improve productivity.

Benefits at the core exist to help employees meet some of their most basic needs and provide them (and their families) with a baseline sense of security. Beyond core medical benefits, programs that lack flexibility and choice may not alleviate stress or offer adequate support for all of your employees. Because LSAs help provide more meaningful benefits, employees are more likely to have their core needs met, stress less, and be more productive.

**8** LSAs + HRtech are agile and adaptable.

A top-down approach simply cannot adapt to changing priorities-especially when you factor in a multi-generational workplace and employees' distinct needs at various life stages. As a business, priorities also change. Organizationally, the company may want to reward a team for achieving a financial milestone or support new team members that need a home office setup. While it seems nearly impossible for an organization to plan for everything and everyone, an LSA paired with a modern TPA tech provider offers the agility to respond to rapid change and priorities.



**9** LSAs + HRtech can increase brand awareness and improve employer loyalty.

Every HR team is seeking tools and tactics to improve employee engagement, increase loyalty, and reduce turnover. It's not often you hear of an employee raving about the benefits experience, let alone how big of an impact on the employee experience HRIS providers, talent management systems, and intranets really had. But when backed by a modern TPA and tech, it's natural for employees to take to LinkedIn, Instagram, and TikTok raving about their employer benefits, their positive experiences, and how grateful they are for the support.

**10** LSAs + HRtech can ease the burdens placed on admins.

The combination of an LSA and modern HRtech providers simplifies administration. In addition to reducing administration time, consolidating vendors, and improving the employee experience, a newer generation of TPA providers can support all the necessary tasks. Plus, modern HRtech includes payroll integrations, claims adjudication, compliance work, vendor management, currency conversions, and more. This way, benefits professionals can focus on more strategic initiatives.

Overall, LSAs and modern HRtech deliver a better experience for all parties involved. With a central hub for benefits, users no longer have to struggle with learning the ins and outs of some 10+ point solutions. Today's software is built with a keener understanding of consumer-grade design principles. As a result of the improved UI, communications are streamlined, software support questions are reduced, and utilization improves.

## Deliver ROI with a flexible approach to benefits.

Forma specializes in flexible benefit programs. Our approach has helped companies:

| Save costs | Improve utilization | Drive efficiency | Add value |
|---|---|---|---|
| **Tripadvisor** | **stripe** | **zoom** | **allbirds** |
| "We leveraged time. Time is valuable and can be translated into dollars." | "More than 95% of Stripes spent funds year 1…with Forma fielding more than 4,200 inquiries." | "The flexibility is awesome for our employees, but it's also great because the administration is practically zero." | "Forma is one of the top-performing and utilized vendors we offer to our employees." |
| Read the case study | Read the case study | Read the case study | Read the case study |

Learn how LSAs have changed the game for companies worldwide.



# Unlock the benefits of LSAs

Organizations that want to stay relevant and competitive need to rethink the approach to employee benefits given the evolving workplace dynamics. Shifting resources toward a benefits strategy that prioritizes choice and flexibility is key. Many businesses have begun the transformation to better meet people where they are, including how they work, where they work, and, very importantly, what they need from their employer-sponsored benefits.

It's critical for those newer to the LSA concept to understand the complexities which can be a profound shift for those sourcing, administering, and utilizing the benefit. The flexible LSA construct is one such solution that enables benefit providers to create customizable, inclusive, and global benefits programs that fit every employee with ease. Employees find the mixture of benefits that work on their terms while ensuring the business enjoys an increase in productivity, worker health, and employee retention.

The expansive nature and adaptability of an LSA hold great potential in providing personalized support to meet workers where they are today and where they want to go. The results can be game-changing. Employees choose meaningful benefits. Companies only pay for valued benefits. Benefits professionals have less to manage.



# Customizable spending accounts. Better benefits.

Forma has been redefining employee benefits with customizable spending accounts that let employees choose what's meaningful to them. We manage all types of benefits — from Lifestyle Spending Account programs to HSA, FSA, HRA, Commuter, and COBRA. This way, employees have a simple, unified experience regardless of using a pre-tax HSA or a post-tax wellness allowance.

Working with top brands, we help create flexible benefits programs at scale–all in an easy-to-use platform. Our approach has helped companies worldwide save costs, improve utilization, and spend time focusing moving the needle vs. managing countless vendors.

**Contact us** to learn more about what we can do for you.

## The platform that does it all for you!

**＋ Three ways to pay**
Employees spend funds on their terms with The Forma Store, The Forma Visa Card, and claims reimbursement.

**＋ Dedicated support**
We'll handle procurement, administration, compliance, and claim review.

**＋ Award-winning UX**
Give everyone a consumer-grade experience they'll love with live support 24/7.

**＋ Truly global**
We're live in 100+ countries so you can deliver customizations and processes at scale.

**＋ Enterprise-grade tech**
We're SOC 2 certified, GDPR compliant, and adhere to WCAG standards expected of global enterprises.

**＋ A beautiful backend**
With fully-managed backend tech, payment, integration, and taxation processes are easy and just work.



sales@joinforma.com   |   joinforma.com   ✹ forma