# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **FORMA AI INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:23-CV-00077-BO** |
| | ) | |
| **TWIC, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## DECLARATION OF SAMUEL KENINGER

I, Samuel Keninger, declare that the following is true and based upon my first-hand knowledge unless otherwise indicated:

1.      I am a resident of California, am above the age of eighteen years, and am not subject to any legal disabilities. I make the following statements on my personal knowledge.

2.      I am the Senior Vice President of marketing for Twic, Inc. Twic is the defendant in this lawsuit.

3.      I joined Twic in August 2022. I have worked in my role with Twic from August 2022 through today. Since before I joined Twic, Twic has been using the name FORMA for its products and services. Since I joined the company through today, Twic advertises and promotes its products and services under the name FORMA.

4.      Twic sells its products and services exclusively to other companies. These types of transactions are known as "business-to-business" or "B2B."

5.      Because Twic's sales are in the B2B space, we engage in targeted advertising towards certain types of people in a business. The two types of people in businesses we target are employee benefits professionals who work for a target customer-company and brokers who sell employee benefits services. We focus on employee benefits professionals because they are

the exclusive buyers of our products and services. We focus on employee benefits brokers because of the way and manner in which our products and services are purchased – the majority of the time, our services are purchased through an employee benefits broker channel.

6. Most of our attribution comes through an employee benefits broker channel. This is typically how employee benefits buyers will buy products and services. A good way to understand how this system works is to look at health insurance. Companies have traditionally purchased health insurance for their employees through an insurance agent that provides the company with a package offering. Employee benefits brokers provide comparable services for companies who want to offer a wider breadth of employee benefits.

7. Twic sells products and services for employers to provide the employees with Lifestyle Spending Accounts (LSAs), Health Savings Accounts (HSAs), Flexible Spending Accounts (FSAs) and Health Reimbursement Accounts (HRAs). Twic does not sell products or services outside the employee benefits space. Twic does not, for example, sell sales compensation products or services.

8. A large part of my job is to generate awareness of our products and services with benefits brokers. Because companies typically purchase their benefits services through brokers, benefits brokers will make the business case to a benefits professional at a company about why that company should buy our products and services.

9. Because of the importance of benefits brokers in our industry, one of our top types of advertising and promotion is to maintain a presence on industry portals for benefit brokers. These portals are online platforms that are set up and maintained by the broker community. Brokers use industry portals to prepare for a Request For Proposal (RFP) for a company in need of benefits products and services. The broker will analyze what opportunities

its potential customer may be eligible to participate in, and what offerings are appropriate to bundle for the benefits teams at that particular customer. As part of that analysis, the broker will typically review the information about different benefits companies and offerings through the industry portals.

10. Our presence on these benefit broker industry portals provides benefits brokers with clarification and details about what products and services we do and do not provide. Depending on the portal, we may be allowed to host content like product videos and brochures that provide additional details about our products and services. An example true and accurate screenshot from Shortlister, one of these platforms, is shown below.



This platform provides information about the types of benefits we offer, the features of our products and services, reviews of our products and services, examples of our customers, our marketing materials, comparisons between our products and services and other vendors, and who

our top competitors are.  Another example is MercerVIP.  A true and accurate screenshot of our profile on the MercerVIP portal is shown below:



This platform provides information about us, along with materials discussing our products and our company collateral.  As shown in the screenshots, our presence on these portals includes our FORMA name and logo.  Additional industry portals we participate in under our FORMA brand include, Benefits Ally, Business Group on Health, and BenefitPitch.

11.     The benefits broker portals have capitalized on the opportunity for benefits companies to be front and center in marketing their products and services to brokers.  Some portals are free, some are paid, and some provide a combination of free and paid features.

12.     When I joined Twic, I modified how the company was spending money in advertising and promoting our FORMA products and services in order to increase our business performance.  As part of this, we increased both our financial investment and our time investment on building our presence on these broker-specific portals.

13.     In addition to digital advertising through the industry broker portals, Twic also maintains accounts on social media platforms under its FORMA name.  The social media platform that we focus on the most is LinkedIn.  LinkedIn is a business focused social media

platform. Businesses and business professionals are able to maintain profiles and communicate about their professional activities through LinkedIn.

14. We use two approaches to promote Twic's FORMA products and services through LinkedIn. One approach is to use paid advertising, which uses "account-based marketing." This means we direct our paid advertisements to a specific segment of LinkedIn users through a target account list. We would not get a good return on investment if all LinkedIn users received the paid advertisement. Instead, we want to go after our ideal customer profile whose business we would have the best chance to win. Our target account list has approximately 600 accounts representing benefits brokers and benefits professionals that we want to approach and target. We exclusively target our paid LinkedIn advertisements to those accounts.

15. The other approach to promoting Twic's FORMA products and services on LinkedIn is through organic social content. This means that we are able to make posts on our company page. We do not have to pay to make or update these posts. Our posts are then viewed by individuals who subscribe to or follow our company page. The people who are following our page are the same brokers and benefits professionals who purchase our products and services, as well as some of our investors and employees. True and accurate printouts of our FORMA LinkedIn Page from August 2023 are attached to my declaration at Exhibit A.

16. Twic also maintains social media pages under its FORMA name on Facebook (which includes Instagram), Twitter, and TikTok. Of these, we engage in paid, account based marketing on Facebook. We use organic posting on Facebook, Twitter, and TikTok.

17. When Twic posts organically on a social media platform, we may post original material or we may share material about our FORMA products and services that are posted by

5

others. We typically post more original content as compared to sharing content from others, but we do use both as part of our organic posting process.

18. Twic's social media posts are intended for our followers, who are mostly brokers and benefits professionals, but could include some of our investors or employees.

19. Another type of digital advertising Twic does under its FORMA mark is providing blog articles and ebooks about employee benefits. This content is written predominantly by my team and is intended to provide information about the various categories of benefits that our company provides. Our blog posts and ebooks are used to educate benefits brokers and benefits professionals on our products and services.

20. My team has written two eBooks: *The definitive guide for employee spending accounts* and *Lifestyle Spending Account best practices: 5 expert recommendations*. When we offer copies of these eBooks, they are typically offered as free downloadable resources through our website.

21. Examples of blog article topics include "How LSA benefits work"; "20 ways to find budget for Lifestyle Spending Accounts"; "Top 5 Lifestyle Spending Account benefits,"; "The top 25 employee benefits survey questions"; and "Flexible employee benefits: Point solutions vs LSAs." Blog articles are posted on our website at www.joinforma.com/blog. In addition to posting the articles on our blog, we will sometimes email blog articles to our mailing list. We may also link to the blog articles on our site in our social media posts. For example, the screenshot below shows an organic post from 2023 that we made on LinkedIn. The screenshot includes a link to one of our blog articles.



22.     When I joined Twic, the company was working with a Public Relations (PR) agency to generate third party sourced content and coverage, particularly with the rebrand to FORMA.  After I joined Twic, we decided that we were not going to invest in public relations anymore because it's an expensive budget item, because we do not get a good return on investment working with PR agencies, and because our budget is better used with the targeted social media advertising and with the benefits broker industry portals.

23.     Prior to my joining Twic, Twic also did search engine marketing.  Search Engine Marketing (SEM) is a method of placing paid advertisements on Google.  SEM includes keyword advertising, where you bid to have ad placement on the search engine platform for a particular search term.

24.     After I joined Twic, I turned off Twic's existing SEM campaigns.  SEM is very expensive, and it is not as good at generating leads as benefits broker industry portals or targeted advertisements through LinkedIn.

25.     SEM is different than Search Engine Optimization (SEO).  SEM is for paid advertisements.  SEO involves optimizing a website to try to get a certain type of placement in organic search results.  SEO is not a form of paid marketing and promotion.

26.     Twic optimizes its website so that its website is returned within the first three pages of organic (that is, not sponsored) Google results when someone conducts a search for the types of products or services we offer.  The important terms we use to anchor our page are "flexible spending accounts," "health savings accounts," and "lifestyle spending accounts."  In other words, these phrases are the "root" of a search term.  They may be coupled with additional terms – for example, the root "lifestyle spending account" could be combined with "software" or "administration," which would result in the terms "lifestyle spending account software" and "lifestyle spending account administration."

27.     Although the majority of our advertising is digital, we do engage in some physical advertising.  Our physical advertising is primarily trade show advertising.  Examples of trade shows Twic attends are EHIR, WorldatWork, HR Transform, Conference Board, PeopleTechPartners, The Corporate Wellness Institute, HR Tech, and UKG.

28.     One example of a trade show we participate in is WorldatWork – REWARDS.  This is a trade show that targets benefits professionals from companies.  Approximately 1000 people attend the show.  Photographs of our trade show booth at WorldatWork – REWARDS '23 San Diego are shown below:





29.     Another tradeshow we attend is Transform.  Attached to my declaration at Exhibit

B is a true and accurate copy of pages from the Transform website about the show.  During the

9

2023 show, one of our company founders, Max Hsieh, was a show speaker. Some photographs from this show are shown below:



Twic, under its FORMA brand, was a silver level sponsor at Transform. As seen at Exhibit B, we were listed on the Transform website as a sponsor. Transform also promoted Twic, under the FORMA brand, as a sponsor on LinkedIn. A copy of our LinkedIn page sharing the post by Transform about our sponsorship is shown below. The original post would have been viewable

by, at least, the 7,896 followers of the Transform account, and the version shared by Forma would have been viewable by, at least, the 3,543 followers our LinkedIn account had at the time.



30.     In addition to trade shows, Twic attends conferences under its FORMA brand. Examples of two of these conferences, the Corporate Wellness Institute and Conference Board's Be Well Conference, can be seen in Exhibit C to my declaration, which is a true and accurate

copy of a post from our LinkedIn account. The image below shows our CEO, Jason Fan, speaking at the Corporate Wellness Institute conference.



31. We also attend broker-specific events. These are events that are put on by the benefits brokers who sell our products and services. Examples of brokers who have specific events and invite us to attend to promote our FORMA products and services include Willis Towers Watson and Mercer.

32. We host lunch and learns for benefits brokers. These are exclusive to educating the broker and help them understand that by bringing us into their benefits portfolio, we will make their live easier and help them be more competitive for their customers. Our products and services are seen as disruptive to how benefits were traditionally administered, so we need to educate brokers about how they can take a former model of benefits administration and migrate that into a spending account model like ours. We would educate the brokers on what benefits are available as part of this model, how the programs are set up, the type of companies the broker would want to target with this model, and who is a good fit for our product and services.

33. Prior to joining Twic, I had not heard of "Forma AI, Inc." or "FormaAI."

34. As of the date of my declaration, I have not received any communications or inquiries that were intended for Forma AI, Inc.

programs are set up, the type of companies the broker would want to target with this model, and who is a good fit for our product and services.

33.     Prior to joining Twic, I had not heard of "Forma AI, Inc." or "FormaAI."

34.     As of the date of my declaration, I have not received any communications or inquiries that were intended for Forma AI, Inc.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this the 9th day of August, 2024.

Samuel Keninger

14

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of August, 2024 a true copy of the foregoing **DECLARATION OF SAMUEL KENINGER** was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

By:     */s/ Emily M. Haas*
        Emily M. Haas
        NC State Bar No. 39,716
        4509 Creedmoor Road, Suite 501
        Raleigh, North Carolina 27612
        Telephone: (984) 220-8750
        Facsimile:  (877) 398-5240
        Email: emhaas@michaelbest.com

        *Attorney for Twic, Inc.*



Captured at: 2023/08/17 10:58 AM    URL: https://www.linkedin.com/company/joinforma/



001295





Community Guidelines    Careers        Marketing Solutions        Visit our Help Center.        English (English)  ▼

Privacy & Terms  ▼     Ad Choices                                Manage your account and
                                                                 privacy
Sales Solutions        Mobile             Small Business:         Go to your Settings.

Safety Center                                                     Recommendation
                                                                 transparency
                                                                 Learn more about
                                                                 Recommended Content:

LinkedIn Corporation © 2023

Messaging        ⋯  ✎  ⌃

**Forma**

Employee benefits that flex to fit everyone's life

Human Resources Services · Benefits Administration Software · San Francisco, CA · 4,649 followers · 194 employees

zoom  Used by Zoom and 16 featured customers

+ Follow     Learn more      More

Home    About    **Product**    Posts    Jobs    Life    People

## What is Forma

The market for employee benefits is broken. Companies spend millions on employee benefits that employees neither value nor regularly use. Founded in 2017, Forma set out to build a better model by challenging traditional one-size-fits-all approaches.

Forma's flexible benefits software helps companies offer competitive benefits packages while reducing costs and inefficiencies, by giving employees more choice and flexibility in how they spend their benefit allowances.

Using Forma, select from our suite of Lifestyle Spending Accounts, Health Spending Accounts, Health Reimbursement Arrangements, and Flexible Spending Accounts to design and deliver customized benefits programs available in a single platform. Employees then have three choices to spend account funds: The Forma Store with discounted products and services, The Forma Visa Card, or claim reimbursement backed by Forma's world-class member support team.

### This product is intended for

Director Total Rewards    Manager Total Rewards    Benefits Manager    Benefits Administrator
Human Resources Benefits    Director of Benefits    Benefits Supervisor    Benefits Consultant
Senior Benefits Specialist    Human Resources Manager

## Product media



The Forma store offers a seamless experience.

## Featured customers of Forma                  Show more

**Zoom** — + Follow
IT Services and IT Consulting
527,703 followers

**Affirm** — + Follow
Financial Services
153,882 followers
Danielle follows this page

**Palo Alto Networks** — + Follow
Computer and Network Security
964,917 followers
Julia follows this page

**Allbirds** — + Follow
Retail Apparel and Fashion
94,157 followers

**Atlassian** — + Follow
Software Development
1,088,308 followers
Julia follows this page

**Dave** — + Follow
Financial Services
14,897 followers

**Promoted**

Sell everywhere online.
Connect your store to IG, Etsy, Google, and more. See terms on site.

Edwards Mediation Academy
Become a skilled mediation lawyer. Unleash new horizons.

Attorney Needed ASAP
We need attorneys to help our legal clients. Free trial to view cases.

### Similar products

**Employee Benefits Services**
Benefits Administration Software

**WEX**
Benefits Administration Software

**Collective Health**
Benefits Administration Software

**Coverflex**
Software

**Bayzat Employee Benefits**
Software

**League**
Software

**PlanSource**
Benefits Administration Software

**Employee Benefits...**
Software

**Mekari Flex**
Software

**bswift**
Benefits Administration Software

Show all →

Questions?
Visit our Help Center

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content

Select Language
English (English)

001299

Ad ···
The employment platform dedicated to nonlegal positions for JDs

Alternative Careers For Lawyers
Follow

in | Search

Home · My Network · Jobs · Messaging · Notifications · Me ▾ · For Business ▾ · Reactivate Premium

**Forma**
Employee benefits that flex to fit everyone's life

Human Resources Services · Benefits Administration Software · San Francisco, CA · 4,649 followers · 194 employees

Used by Zoom and 16 featured customers

+ Follow · Learn more ☑ · More

Home · About · Product · Posts · Jobs · Life · People

Forma
4,649 followers

All · Images · Videos · Articles · Documents · Ads

Sort by: Top ▾

**Forma**
4,649 followers
21h · ☉
+ Follow ···

The future is now! 🎉 AI is predicting that Forma is a future unicorn, and we're proud to be on the list.
...see more

**Jason F.** · 3rd+
Founder | CEO at Forma
21h · ☉
+ Follow

✎ It's always fun to be included in these types of lists with such remarkable companies. As always, this only happens with the hard work from our dedicated team at Forma. Excited for the journey ahead! 🎉
...see more

The 30 early-stage startups most likely to become tech's next unicorns, according to a proprietary AI model known as 'Moneyball for VC'
businessinsider.com

👍❤️🎉 11 · 1 comment

👍 Like · 💬 Comment · 🔁 Repost · ➤ Send

**Stay one step ahead** ···
See exclusive Premium insights on 450k+ companies
Upgrade to Premium

**Forma**
4,649 followers
22h · ☉
+ Follow ···

Wow! Take a look at this awesome article Forma's software engineer, Gautam Chavan, wrote!
...see more

INSIGHT

Unveiling the Power of Insights: Prioritizing Sharing Insights over Results in Software Development
hubs.la

👍❤️🎉 · 1 repost

👍 Like · 💬 Comment · 🔁 Repost · ➤ Send

Be the first to comment on this

**Forma**
4,649 followers
1d · ☉
+ Follow ···

If you want to attract and retain the best employees, you need the best employee benefit plans. Companies offering top-tier employee benefits packages are essential for attracting and retaining top talent. Popular companies provide import ...see more

**Pages people also viewed**

Forma.ai
Software Development
9,246 followers
+ Follow

Dropbox
Software Development
436,235 followers
+ Follow

Grayce
Hospitals and Health Care
1,500 followers
+ Follow

Show all →

**People also follow**

Godfrey & Kahn
Law Practice
3,434 followers
Jenie & 4 other connections follow this page
+ Follow

Foley & Lardner LLP
Law Practice
24,484 followers
Jenie & 6 other connections follow this page
+ Follow

Husch Blackwell
Law Practice
20,738 followers
Jenie & 6 other connections follow this page
+ Follow

Show all →

About · Accessibility · Help Center
Privacy & Terms ▾ · Ad Choices
Advertising · Business Services ▾
Get the LinkedIn app · More

LinkedIn LinkedIn Corporation © 2021

001300



The best employee benefits: attract and retain top talent | Blog posts | Forma
joinforma.com • 5 min read

1 repost

👍 Like    💬 Comment    🔁 Repost    ➤ Send

Be the first to comment on this

**Forma**
4,648 followers
1mo • Edited • 🌐

+ Follow    •••

📍 Podcast alert

"If I was to look back over the 13 years of feedback of all our benefits, and ...see more

**Friends with Employee Benefits: A OneDigital Podcast**
219 followers
1mo • 🌐

+ Follow

Knowing that the traditional one-size-fits-all approach to benefits for a diverse workforce doesn't cut it anymore, savvy business leaders have been taking advantage of a trending employee benefit that has ranked as the secon ...see more

PODCAST EPISODE
FRIENDS WITH EMPLOYEE BENEFITS

Lifestyle Spending Accounts: What Are They & How Are They Keeping Employees Engaged? | OneDigital
onedigital.com • 1 min read

1 comment

👍 Like    💬 Comment    🔁 Repost    ➤ Send

**Forma**
4,648 followers
1w • Edited • 🌐

+ Follow    •••

We love using Canva here at Forma! ✏️

In this interview, Canva's Global Head of People, Jennie Rogerson, shares ...see more

Jennie Rogerson, global head of people with Canva, discusses challenges in her job and rising to her current role.

Executive

Canva's top HR executive reveals ways to link people to business strategy
hrexecutive.com • 2 min read

👍 8

👍 Like    💬 Comment    🔁 Repost    ➤ Send

Be the first to comment on this

**Forma**
4,648 followers
1w • 🌐

+ Follow    •••

Many companies offer some sort of food subsidy to support their employees. And, as the work model continues to evolve, finding ways to provide equitable options in and out of the office have become a bit tricky. (Not everyone's in office on a Fri ...see more

001301



001302





**Employee testimonials**

**Nicholas James**
Sr Software Engineer at Forma

I am consistently impressed by the level of transparency and humility at Forma. The people here are hands down the most collaborative and generous I have worked with.

**Jennifer Kim**
Customer Success @ Forma

I wake up energized every morning knowing we're all in it to help build a great product and company. Our leadership puts a strong emphasis on culture and proactively recognizes and rewards hard work.

**Questions?**
Visit our Help Center.

Select Language
English (English)

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

LinkedIn Corporation © 2023

**Employee testimonials**

**Nicholas James**
Sr Software Engineer at Forma

I am consistently impressed by the level of transparency and humility at Forma. The people here are hands down the most collaborative and generous I have worked with.

**Jennifer Kim**
Customer Success @ Forma

I wake up energized every morning knowing we're all in it to help build a great product and company. Our leadership puts a strong emphasis on culture and proactively recognizes and rewards hard work.

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

**Questions?**
Visit our Help Center.

Select Language
English (English)

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

LinkedIn Corporation © 2023

Messaging  ···

Messaging  ···

001304



001305



Sierra Campbell... · 3rd
Talent Operations | Certificate in HR Management

Message

Abdallah Khan · 3rd
Head of Strategic Finance @ Forma | Ex-Amazon

7K followers

Follow

LinkedIn Member
Software Engineer

LinkedIn Member
Senior Product Analyst at Forma

Riley Godshall · 3rd
Senior Business Development Representative

Message

Thomas O. · 3rd
Engineering Manager

Provides services · Web Development, Software Testing, Web Design, Application Development, Custom...

Follow

Alex Wachira · 3rd
Software Engineer at Forma

Message

Alexandra Vela · 3rd
Forma | Modern Lifestyle Benefits

Message

LinkedIn Member
Senior Customer Operations Specialist at Forma

LinkedIn Member
Engineering Manager at Forma

LinkedIn Member
Lifestyle Benefits

Blake Wasli · 3rd
Lifestyle Benefits

Message

Messaging

001306

Captured at: 2023/08/17 11:02 AM   URL: https://www.linkedin.com/company/joinforma/events/



# Transform **work culture,** together

Transform is the people-driven thought leadership ecosystem driving the conversations and innovations that are shaping the new world of work.

**Join us March 11-13, 2024 at Wynn Las Vegas**

[ Thought Leadership ]  [ Register Now ▸ ]

## We believe in the power of human connection

### to inspire people-driven business transformation

Transform sits at the forefront of the movement shaping the future of people-driven leadership. Through various channels of engagement, we are in a unique position to connect and inspire a broad community of business and people leaders to influence strategy, ignite innovation, and define what's next in the world of work. Learn more about our recent transformation →



## Join a diverse community of change agents

Over the past several years, Transform has stood out by bringing together an inspiring group of executive-level people leaders, entrepreneurs, and investors. These are the voices and visionaries driving strategy for many of today's most innovative employers and solution providers and taking the lead on enhancing the health and wellbeing of workforces on a global scale.

Mix with the influential voices of our ecosystem...


**Julia Hartz**
CEO & Co-Founder
Eventbrite


**Chip Conley**
CEO & Founder
Modern Elder Academy


**Kathryn Coleman**
SVP of Talent
3M


**Niki Pezeshki**
General Partner
Felicis Ventures


**Mala Singh**
EVP & Chief People Officer
Electronic Arts


**Sunaina Lobo**
Chief People Officer
Marqeta


**Matt Oppenheimer**
CEO & Co-Founder
Remitly


**Mita Mallick**
Head of Inclusion, Equity & Impact
Carta


**Katelin Holloway**
Founding Partner
Seven Seven Six


**Ragy Thomas**
CEO & Founder
Sprinklr


**Beth Grous**
Chief People Officer
Tripadvisor


**Saydeah Howard**
Founding Partner & Operating Part
Cherryrock Cap

...and mingle with the companies defining what's next.

   

    

    

    

# The many shades of Transform

### Transform Events

We design unique and engaging experiences that fit right at the intersection of technology and the people transforming the workplace.

**Join Us**



### Transform Awards

We reset boundaries and raise the bar for the people, programs, practices, and innovations that are moving our space forward.

**View Awards**



### Global Ambassadors

Our global ambassador program is key to reaching thought leaders everywhere and fostering more meaningful connections, globally.

**Learn More**



000620

"If we just take a step back and reimagine the world as it can be, things can be so much better. Transform takes those ideas of reimagination and puts them front and center."

**Uzair Qadeer**
Chief People Officer
Carbon Health

## Become a Transform Insider

Get the latest updates on events, activities, news, and exclusive offers.

### Sign up now!

Email Address

Subscribe

**transform.**

Contact Us
(646) 450-5902

© Copyright 2023 Transform Media LLC
All rights reserved. Terms of Service

# Companies Attending

The following companies attended Transform 2023:

| #-C | D-H | I-N | O-S | T-Z |
|---|---|---|---|---|
| 01A | Daily Harvest | Iaapa | Oak3 | Tailscale |
| 3D Human Resources | DailyPay | International Headquarters | Oak HC/FT | take2.ai |
| 3M | Dassault Falcon Jet Corp. | ianacare | Octave | Takeda |
| 5AM Ventures | data.ai | ICONIQ Growth | Odyssey House of Utah | Talent Acquisition Group |
| 7wireVentures | Datapeople | Idealis | Offline Ventures | Talent Board |
| 500 Global | Data Quality Campaign | Idealist Consulting | Okera | Talentful |
| A-List Events | DataStax | IDEO | Omada Health | TalentMinded, Inc |
| Abbvie | DeAcero | IGT | OMERS Ventures | TalentSpark |
| Able Partners | DEEL | ILIA Beauty | Omna Search | Talkspace |
| Abroad.io | Defiant | Impact Museums | OneDigital Health and Benefits | Tangelo |
| AbsenceSoft | Solutions LLC | Included.ai | ONE EIGHTY, LLC | Tapplent |
| AbstractOps | Define Ventures | Inclusive Health | One Medical | Tatio |
| Acadian Ventures | Degreed | InCommon | OneRange | TCWGlobal |
| Accel | Delta Air Lines | Indicator | Ontra | Teamable |
| Accel Entertainment | Delta Dental of California | Ventures | Onward | Team Blind |
| Accolade | Delta Dental of Iowa | Infinite Equity | Opal Financial Group | Tech Elevator |
| ACME Marsh HR & Recruiting Consulting | Demand Local, Inc. | Initialized Capital | OpenAsset | Tekion |
| Acorn Finance | Department of Defense | Inkhouse | OpenComp, Inc | Teladoc Health/BetterHelp |
| Activ | Deputy | Innovation Resource | Operate Studio | Temporal |
| Healthcare | DHL Supply Chain | Center for Human | Ordergroove | Tennant Group |
| Adams Street Partners | Direct Federal Credit Union | Resources | Org Clarity | Tent Partnership for Refugees |
| Addition Wealth | Direct | Insight Partners | Orgnostic | Terkel |
| Adele Rom | Recruiters Inc. | insitro | Origin | Terminal |
| AdeptID | Disclo | Instacart | Orum | Terrain |
| ADP | Discord | InsureTech Connect | Osborne Clarke | Analytics |
| Advance Auto Parts | Discreet Labs | Insynctive, Inc. | OTW | Thatch |
| Advanced Medical Transport | Diverse Recruiting Experts | Intacito / TechVerified | Oura Ring | The Athena Alliance |
| Advisor Group | DonorsChoose | Intern Scale In Transition | Outgive Inc. | The Athletic |
| AECOM | Don't Tell HR | Intro | Outram Research LLC | The Bancorp |
| Affirm | DoorDash | Invariantes | Outschool | The Block |
| Agreed | Doublefin | Fund | Outsiders Fund | theBoardlist |
| AIC (Middle East) | DoubleVerify | Invus Opportunities | Overalls | The Bregman Group |
| Aimmune Therapeutics | Dovetail | ion Learning | Owen & Associates - Canada | The Gathering Effect |
| Airbnb | Research Pty LTD | Ironclad | Owen & Associates | The Grand |
| Ajna | DriveWealth | ishield.ai | OwlHub | The Huuman Group |
| AKASA, Inc. | dscout | Issuu | Owl Ventures | The Know |
| Akrivia HCM | Duetto | IVP | Oyster HR | The Mintable |
| Alachua County | Duolingo | Jackpocket | P&G | The Mom Project |
| Alberta College of Paramedics | Dutchie | Jamyr | Pac-12 Conference | The PEER 150 |
| Albertsons Companies | Ease | JFF Ventures | Palantir Technologies | The Pittsburgh Foundation |
| Alera Group | Eastern Regional Co-ordinating | Jivox Corporation | Pando | The Ready |
| Alexander & Baldwin | Council | JLL Technologies | Paper | The Rise Journey |
| Alio | ECMC Group | Job Mobz | Paradox | The Ryn Group |
| Allspring | EHIR | Jobs for the Future (JFF) | Parentaly | theSkimm |
| | Elastic | | ParkerGale Capital | The Starr |

Alt
Alteryx
Altruist
Alum: Google, Lyft, Kiva
Amazon
Amazon Books
American Student Assistance
American Tradeshow Services
Amplify
Amplitude
Ana Flor, ATTOM Data Solutions LLC
Andreessen Horowitz
Anduril Industries
Anthemis
Anthill
Anthos Capital
Anzu Partners
Aon
Apiary Life
Arcellx
Aristeias
Arizent, Employee Benefit News
Arizona Cardinals Football Club
Artium
ARTSY
Ashby
Aspire Talent
Asterias Health
Astrid
Atlas Venture
Atomicwork Inc
ATTOM Data Solutions LLC
Auburn University
August Public Inc.
Automation Anywhere
Avantus
Axios
Bain Capital Ventures
Balsam Brands
BAMKO
Banc of California
Banff
Base64.ai
Bass Installation
Battery Ventures
BD
Beacons AI
Bechtel Corporation
Become Unmistakable
Before Noon
Benchling
Benefex
BenefitBump
Benson

Electronics Arts
Elevate Leadership
Ellen Meza Consulting
Embark Trucks
Ember
Emeritus
Empathy
EmpiricaLab
EmployBridge
Empower
Empowerly
Emtrain
Enboarder
Endo Pharmaceuticals
EngageRocket
Enigma
Enjoyable Pain of Growth Academy
Enspira
Enthea
EON
Epicenter-NYC
Epoch
EPOG Academy
EQ Community
Eqtble
Equifax Workforce Solutions
ERIN
Escalon
eSimplicity
Espresa
Ethena
Eventbrite
Everlaw
Eve Was Framed
EVHC
Evolution/Mindfulness Matters
Evolution
Evolution Hospitality
Excellent Exos
ExtensisHR
Faire
Fair Food Network
Fairmount Partners
FalconX
Famlee
FamTech.org
Fandom
FedChoice FederalCredit Union
Ferguson
Fetcher
Fike + Co
Finch
Findem
FinFit
Finmagix
Fintros
Fintual
Firmament
First Analysis Education

JOON
Joshin
Jumio
Jump Capital
Juniper Square
Kaiser Permanente
Kamarei Advisory
Kamarei Advisory
Kandji
Karat
Katie Scott Consulting
Keep Financial
Khan Academy
Khosla Ventures
Kiavi
Kickstarter
Kindred Minds
Kinkor
Klaviyo
Kleiner Perkins
Knoetic | CPOHQ
Knowde
Kohler Ventures
Kona
KRG Advisors
Kruze Consulting
KTG Search
Kueski
Kunik
Labyrinth Wealth Advisors at UBS
Ladder Life (Listed 2x as Ladder/Ladder Life)
Lafayette Square
Laguna Health
Landed
LaPieza
Lattice
Lavallee Brensinger Architects
Leapsome
Learnit
Leeds Illuminate
Legacy Healthcare
Level
Levenfeld Pearlstein
LG Electronics
Liberate
Life360
LifeGuides
LifeStance Health
Lightspeed Venture Partners
Lilt
Lingo Live
Liveblocks
LLC Argo
LLR Partners
PTC Collaboration LOCAL

Management LLC
Pasito
Patagonia
Patch Caregiving
PathMatch
Patriot Angels
Pave
Pawp
Paxos
Paycom
Paycor
Paylocity
Payscale
Pelora Stack
Peloton
Pendo
People Analytics & Future of Work (PAFOW)
People Analytics Partners
People Function
People Leader Accelerator
PeopleLens
People Partners Consulting
PeopleTech Partners
Peoplism
PepBoys and Avalara
Peppy Health
PerfectTiming Consulting
Performetry
Performica
Persona
Phin For Good
Phononic
Pillar
Pinnacle
Pinterest
Planet Labs
Planful
Platinum Tax Group, LLC
Playground Global
PlayVS (Listed 2x as Play Versus, Inc)
Playworks
Plug and Play Tech Center
PNNL
Polen Capital
Postal
Praisidio
Premier Talent Partners
Presence
Prestige Development Group
Production Glue
Professional Sourcing Solutions Inc.
Progyny, Inc.
Project Helping
pumpspotting

Conspiracy
The Wolff Company
Think Human
Thought Industries
thredUP
Thrive Digital
Thumbtack
Tide
TiLT
Time By Ping
TLNT and ERE Media
Tomorrow Health
TOOTRiS, Child Care On-Demand
Torc
Torch
Toronto Metropolitan University (Ryerson University)
TotalEnergies Nigeria Limited
TPG Rise
TrainHQ
Transcarent
Translator, Inc.
Travelzoo
Tribute
TriNet Zenefits
Tripadvisor
TroopHR
Trust & Will
Truvelop
Turing School of Software and Design
Turn/River Capital
Turo Inc.
TuSimple
Twitch
Twitter
Typeface
U.S. Probation
Uber
Udemy
UKG
unboXt, Inc.
UNCHAINED, INC
Unisys
United Agencies Insurance
United Business Bank
UnlearnAI
Unlimited
Unum
Upful.ai
Upload Ventures
Upwork
Urban Outfitters
URL Media
Ursa Consultants
USAA Savings Bank
UScellular
Valence

Benson Executive Search

BEON

BeSci Wellness

Betr

BetterHelp

Betterleap

Betterleave

Bereavement

BetterLesson

BetterUp

Better Ventures

Betterworks

BHG Financial

Big Health

BiOptimizers USA, inc.

Bizly

Blackthorn.io

Blend

Blend Me, Inc

Blind

Bling Capital

Blockchain.com

Bloom

Blueboard

Blue J Strategies

BlueOwl, LLC

Blue Shield of California

BNY Mellon

Bobbie

Bohemian Innovation / Walking Meetings

Bolster

Bolster Ventures

Booster

Boston Consulting Group

BOxD - Better Organizations by Design

Brace Software, Inc.

Branch

Bravely

Bregal Sagemount

Brex Inc.

BrightHire

Bright Link Talent

Brighton Park Capital

BrightPlan

Brinqa

Bristol Myers Squibb

Brite

Brite Benefits

Builders Vision

BuildHR Consulting

Built In

Bulldog DM

BuzzFeed

Byteboard

Calendly

Calibrate

Cameron Camosun

Steering Committee

First Round Capital

FitPros

Five to Nine

Flawless

Flawless Recruit

Flexspace Technologies

Flo Health Inc

Flotek Industries, Inc.

Fluent Commerce

FNESC

fodada

Forma

Form Energy

Formerly Lucid Motors

Formerly Samsung Research America

Forshay Inc.

FounderCulture

Fountain

Foxtrot

Fragomen

Fringe

Front

FTV Capital

Full Circle

Full Swing Golf

Full Umbrella Talent

Fundrise

Fund That Flip

Future G5 Management Services

Gable

Galvanize Climate

Gapsquare by XpertHR

Garfield County Public Library District

Garner Health

Gatheround

Gem

Gemini

Gene Gurkoff

General Catalyst

Generate Biomedicines

Generus

Georgian

Gerber Life Insurance

GHJ

Giant Eagle

Giant Machines

GitKraken

Globally Bold LLC

Glue

GoFasti

GoFundMe

Goldman Sachs America

Localyze

Lockton Companies

Loop & Tie

Loop

Los Angeles Times

Lovewell Hypnosis

Lulu and Georgia

Lumi

Lumos Capital Group

Lutron

Lyft

M13

MacArthur Foundation

Madrona Venture Group

MagicLinks

Malida Advisors

Management Controls, Inc.

Marco Experiences

Margaret A. Cargill Philanthropies

Marqeta

MASS Precision, Inc.

Mathison

MATH Venture Partners

Matterport

Mattson Technology

Mayfield

MBM Capital

McAfee

McInnes Cooper

MDRT

Medical Solutions

Medium

Medley

medZERO

MeetCaregivers

Menlo Ventures

Mentera

Mentra

Mercer

Merck

Meta

Metcash

MGM Resorts International

MH WorkLife

Microsoft

Midi Health

Mighty One Holding

Milk Stork

Millennium Alliance

Milo

Mindful Growth Partners

Mirza

MiSalud Health

Mixlab

Mizuho

Pure Imagination Studios

Purpose Platform

Pyn

Quad Partners

Quantum Search Partners

QuestionPro Workforce

Quilted Health

RAA Concepts

Race Equ(al)ity Project

Radicl

Rain Instant Pay

RainyDayPal

Rancho Santiago Community College District

Randall Advisory Solutions LLC

RavenPack

RB Consulting

RDCRS

RDS Capital

Reach Capital

ReadySet

Real Recalc Academy

Recognition Media

RecruitBot

RecruitingDaily

Recruiting from Scratch

Red Bull

Reddit

Red Foundry

Redica Systems, Inc.

Redpoint Ventures

RedThread Research

Reed Smith LLP

Reel Train

Refine Labs

Reflective Management

Refound

Regal Resources Inc.

Regroup Consulting (regroup.co)

Relativity Space

Renegade Partners

Rep Cap & Managing Editor

Replicated Inc.

Resilia

Resquared

Restaurant365

Restaurant Brands International

Revature

Reworc

ValuesCulture

Vantage Data Centers

Vargo+Lewis

VC Platform Global Community

Veda Blossom

Veeva

Velocity Esports, Inc.

Venero Capital Advisors

Verana Health

Verkada

Vertex Ventures

VERTO EDUCATION, INC

Verve

Vette

Vetty

Veyl Ventures

Viewpoint Ventures

Villyge Inc.

Violet

VirgilHR

Virgin Orbit

Visby Medical

Visier

Vistra International Expansion

Vitality Group

Vivante Health, Inc.

Vivvi

VMG Partners

Voldex

Voomer, Inc.

Vouch

VTS

WatchGuard Technologies

Webcor

Web Hosting Canada (WHC)

WeightWatchers

Wellist

WellSaid Labs

Westwood & Wilshire

When Insurance Agency

Whitman Peterson

WhoCo

Wieden+Kennedy

Wigeley

Wiegley Employment Law

Wildbit

Wing VC

WisdomTree

WITH APP

WndrCo

Woodruff Sawyer

Workday

Workera

Workflow

Worklytics

Workplace Accelerator Wellbeing

College
Campbellsville University
Campfire
Camsa
Canary Benefits
Candor
Carbon, Inc
Care.com for Business
CareMax
Carrick Capital Partners
Carrot Fertility
Cart.com
Catalight Foundation
CAVU
Consumer Partners
Cayman Islands Airports Authority
Center for Effective Organizations, University of Southern California
Centuro Global
Century Therapeutics
Cepheid
Ceridian
Chainlink Labs
ChangeEngine
Charity Miles
Charter
ChartHop
Checkr
Chegg
Chief
Circa
Circle CI
Citizen
City of Jackson
Civilian Connections
Clark Nuber
CLASSUM
ClubHealth
Coa
Cobalt Ventures
Cocoon
Collective Work and Place
College of Chiropractors of Alberta
Collegewise
Column
CommerceIQ
CommerceNext
Community Action Partnership
Compiify
Complete.so
Compt
Conexiom
CONFIA
Confirm
Confluent
Connected Commons
MESH

Goodpath
GoodRx
goodtrust
GoPro
Gotham Growth
Gotham Image Works
GoToro
GovOS
GRAIL
Grand Canyon Trust
Gravitate Partners
Greater Green Bay YMCA
Greenhouse Software
Greenlight
Green Plains
Gremlin
Greylock
Grief at Work
Gritly
GritWell
Growth by Design Talent
Grow Therapy
Growth Path
GSMI
Guardian Life Insurance Company
Guild Education
Guild Talent
Guinness World Records
Gulf Relay
Gusto (Listed 2x"Guusto")
GV (formerly Google Ventures)
Gympass
H&H Healthcare Advisers
Hala Systems Inc.
Handshake
Happiest Baby
Happily
Harbinger Systems
Harness
Harvard Business Publishing
Harvard Florens
Harvard Innovation Labs
Hawaii Residency Programs
Hawken School
HDS Global
Headspace
Health Headversity
Healthee
HealthKick
Healthworx / CareFirst
Heartland Restaurant Group, LLC
Heffernan

MobSquad
ModelExpand
Modern Elder Academy
Modern Health
ModernLoop
Modern People Leader
MojoHire
Monte Carlo
Monument
Morale Matters
MoralesHR
Mosaic
Mosey
Most Days
Motivosity
Mozilla
mpathic
MPCH and Fraction
MP Consulting
Mrbeast LLC
MRED
Mubadala Investment Company
Muckleshoot Casino Resort
Multi-Health Systems Inc
Multidisciplinary Association for Psychedelic Studies
Multiplier
myKlovr
My Medical Navigator
MyMosaic
Mysten Labs
Mystery
N+1 Health Ventures
Nadel
Namecoach
Napier Lane Associates
Limited
National Veterinary Associates (NVA)
NationsBenefits
Nav
Nava Benefits
Navvisa Inc.
NEA
NearWater
Newfront
Newmark
Newsela
Newzoo
Nextdoor
Nextpoint
NFP
Niural Inc.
Nivati
Noble Schools
Noble Talent
Northstar
Northwest School Division
Norwest
Shelby Township
Shelby Wolpa

Riarh Advisory Partners
Rightway
Rinse
RISCO
Riverwood Capital
RocketPower
Rocky Mountain Public Media
Rosemont Industries, LLC
Roundtrip
Russell Reynolds Associates
RW3 CultureWizard
Saalt
Sageview Capital
Salesforce Ventures
Salient Systems
Samantha Singh Consulting, LLC
Samsung Global Research
Samsung Semiconductor
Samuel,Son & Co
Sana
San Diego State University
Sandra Garrett Search
San Francisco Forty Niners
Sanrekhana
Sante Nasc, LLC
Santé
Sapphire Ventures
Saskatchewan REALTORS® Association
Savant Growth
Sayge
ScaleJOY
Scope Zero
Scribd
Searchlight
Section 32
See & Free Consulting
SeekOut
Segal Benz
Selma Finance
Semgrep
SemperVirens Venture Capital
Sempre Health
Sensei Ag
Sequoia Consulting Group
ServiceNow
Sesh
Seven Shaka Culture Inc.
Shared_Studios
ShareMy.Health
Shelby Wolpa
Partners

Advisors
WorkReels
WorkTango
WorkTech
WorkWeek
Worldwide ERC
WOVEN Human Resources
Wrestling With Talent
XCELERATION
XP Health
X The Moonshot Factory
Yardstick
Zander Media
Zendesk
Zenefits
ZOMA Capital
Zoom Video Communications
Zuora
Zus Health

Contentful
Continuum
Coordinape
Costanoa Ventures
Countable
Cover Genius
CRA/Admired Leadership
Creative Talent Endeavors
CreatorIQ
Credit One Bank
Credit Union of Colorado
Credo Semiconductor
Crossbeam
CrowdStreet
CrowdStrike
Crunchbase
Crunchyroll
CSHRP - Community for Strategic HR Partnership
Culture Amp
Curology
CVC

Insurance Brokers
Heidrick & Struggles
Helbiz
HelmsBriscoe
Hermeus
Hewlett Packard Enterprise
Hey Jane
HeyMirza Inc
HiBob
High Alpha
Highway Benefits
Hilo Medical Center
Hilti Fieldwire, Inc.
Hims & Hers Health
Hinge Health
Hint Connect
hireEZ
HireSweet
HiRoad
HM.CLAUSE
Hone
Honor
Horsefly Analytics
Host Hotels & Resorts
Houston Methodist Corporate Division
Houzz Inc.
HRD America
HR Geckos
hrQ
HR Search Experts, Inc.
HRT
Hubspot
HUDDL3 Group
Hudson River Trading
Human Capital
HumanityWorks
Human Longevity, Inc.
Human Resource Executive Magazine
Human Ventures
Hummingly
Hungryroot
Hyde Park Venture Partners

NotedSource
Notion
Nowsta
NudgeLabs
NVA/Compassion First

Consulting
SherpaScore
Shine Capital
Shopify
Siemens USA
Signifyd
Silgan Containers
Silver Lake
SimpLee Healthcare
Singular Genomics
Sionna Therapeutics
Sisu Data
SJ Startup Solutions
SkillKeepr
SKIMS
SLAC
Slate Advisers
Smallpdf
SmartRecruiters
Smile
Snooze, an AM Eatery
Snorkel AI
Socotra
Softbank Vision Fund
Solidcore
Solidigm Technology
Sony Music Publishing
Soundwide, Native Instruments & iZotope
Sourcegraph
Sparrow
Spokn
SPORTLOGIQ
Springbank Collective
Sprinklr
Sprng
Sprout Travel
SRBeyond LLC
Startup Talent Consulting
Stash
Steegle Intranet
T/A DPI Partners Limited
Stellar Development Foundation
Stephanie Lemek LLC
Sterling Knight (Singapore)
Stoke Talent (a Fiverr company)
StoryBuilt
Strada Education Network
StrandFive | Executive Leadership Coaching & Development
Strava
Striking

Distance
Studios
Stripe
Stripes
Strive Health
strongDM
SucceedSmart
Summitry
Supercell
Supernatural
super{set}
Supporting Cast
Suzy
SwagUp
Sware
Swift Medical
SwingSearch
Söderberg &
Partners
Denmark

**transform.**

Contact Us
(646) 450-5902

© Copyright 2023 Transform Media LLC
All rights reserved. Terms of Service

Case 4:23-cv-00077-BO-BM   Document 30-2   Filed 08/09/24   Page 37 of 43   000573

# Sponsors

Transform 2023 wouldn't have been possible without the generous support of our sponsors.

See All          Category

## Title

greenhouse           MODERN HEALTH          **Oyster**

SEQUOIA          Sparrow

---

## Gold

**Ashby**          betterworks          Calendly          blue california

CARROT          ChartHop          CHIEF          cocoon

Culture Amp          glue          knoetic          Learnerbly

LEVEL          loop & tie          MATHISON          //Mob:Squad

Newfront          Northstar          origin          Searchlight

PeopleTech PARTNERS          stoke          Teamable          tilt

VENERO CAPITAL ADVISORS

---

## Silver

APIARY           Arist          BigHealth          BrightHire



Care.com for Business    COMPT    datapeople    enboarder

enspira    Espresa    forma    FRINGE

Gem    Guardian    happyly    headversity

Hone    ianacare    Mercer    Multiplier

pando    Pathways    PAVE    Peppy

recruitbot    tribute

## Bronze

Akrivia HCM    Campfire    CERIDIAN    eqtble

ethena    finch    bob    hireEZ

joshin    TOOTRIS    TriNet zenefits    vivvi

## Exhibitor

Addition    ajna    AllVoices    amazon books

Base64.ai    Become Unmistakable    benefitbump    bizly

BOXD    branch    BrightPlan    brite

Canary    coa    CONFIRM    deel.

disclo    emtrain    EQUIFAX Workforce Solutions    erin

exos    findem    FINTROS    FIVE TO NINE

Flexspace    Gable    generus    go toro

gritly    gritwell    happiest baby    Healthee





## Official Partner





## Interested in sponsoring Transform?

Reach a world-class group of executives, senior people leaders, entrepreneurs and other leaders with one of our many sponsorship options.

Become a Sponsor

transform.

Contact Us
(646) 450-5902

© Copyright 2023 Transform Media LLC
All rights reserved. Terms of Service

000577



EXHIBIT C

 **Forma**
4,543 followers
9mo • Edited • 🌐

Formies attended two conferences this week! Our very own **Jason Fan** took the stage with **Annie Itsell** of **Oscar Health** at the Corporate Wellness Institute in Pasadena to discuss the ROI and business impact of investing in lifestyle spending accounts. They also discussed how LSAs enhance employee experiences by offering a wide range of options that tailor to every lifestyle and removes point solution fatigue from employers.

We also are at Conference Board's Be Well Conference discussing how LSAs offer a new level of flexibility and choice for employees with Annie Itsell (double duty this week, Annie!) and **Sheila M. Krueger (she/her), MBA, CCP** of **Zoom**.

Were you able to attend either of these speaking sessions? Let us know!

**Crandall Kermott Ben Thompson Kevin Drucker**

**#healthandwellness #forma #lifestylespendingaccount #employeebenefits**

