# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FORMA AI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:23-CV-00077-BO |
| ) | |
| TWIC, INC., ) | |
| ) | |
| Defendant ) | |

## DECLARATION OF JINGLIN "LYNN" TAN

I, Jinglin "Lynn" Tan, declare that the following is true and based upon my first-hand knowledge unless otherwise indicated:

1. I am a resident of Massachusetts, am above the age of eighteen years, and am not subject to any legal disabilities. I make the following statements on my personal knowledge.

2. I am an employee of Twic, Inc. Twic is the defendant in this case.

3. I joined Twic in November 2021. My job duties include to help with Twic's online presence and marketing including educating current and prospective customers about Twic's products and services.

4. Around the time I joined Twic, Twic was in the process of rebranding. Twic began to roll out information about its name change to FORMA in March 2022. As part of the rebranding process, Twic worked with a public relations firm named Boca Communications.

5. Boca Communications knew about a program called "Google Start Up" that Google was running to help small businesses with their online advertising. Under the program, the small business would receive a Google campaign specialist who would help them design and optimize a Google AdWords campaign. Twic joined the Google program.

6. Twic's Google campaign specialist was a Google employee named Katie Hughes. Ms. Hughes would set up and build out Google AdWords campaigns using brand and industry terms. Ms. Hughes and Google operated the campaign and optimized it. A screenshot of our introductory email from Ms. Hughes is shown below:



7. At the time, Twic did not have experience with Google AdWords campaigns. Therefore, we had Ms. Hughes and Google select our keywords for Google AdWords for us. To select the keywords, Google scraped information from our webpages www.joinforma.com and used AI algorithms to generate the list of keywords. Those keywords were then used in Twic's Google AdWords campaign. This process is known as "Dynamic Bidding" or "Dynamic Search Ads."

8. Once every two weeks, Rebecca Qu, Twic's Marketing Operations Coordinator, and I would meet with Ms. Hughes for an update on the campaign. Ms. Qu and I were the initial points of contact with Ms. Hughes and Google as we were part of Twic's marketing team at that time.

9. During our meetings, Ms. Hughes and Google would share with us reports of the previously purchased keywords that were performing the best. Through its Dynamic processes, Google selected the keywords and we were not aware of the keywords until after they were run. During this time, the keywords that performed the best (more than ten clicks) and included the string f-o-r-m-a were: "forma twic," "forma employee benefits," "forma benefits," "twic forma," "forma benefits platform," "joinforma," and "forma formerly twic." A screenshot of our top performing Google AdWords with the string f-o-r-m-a from February 7 through the end of June 2022 is attached to my declaration at Exhibit A.

10. Twic was not aware of the full list of keywords that Google selected and used for Twic through its Dynamic processes. Google made all the decisions and managed the campaign. Twic was not aware that Google had included "forma.ai" or "forma ai" among the keywords for the website www.joinforma.com.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this the 9th day of August, 2024.

/s/ Jinglin "Lynn" Tan
Jinglin "Lynn" Tan

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of August, 2024 a true copy of the foregoing **DECLARATION OF JINGLIN "LYNN" TAN** was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

By: */s/ Emily M. Haas*
Emily M. Haas
NC State Bar No. 39,716
4509 Creedmoor Road, Suite 501
Raleigh, North Carolina 27612
Telephone: (984) 220-8750
Facsimile: (877) 398-5240
Email: emhaas@michaelbest.com

*Attorney for Twic, Inc.*

EXHIBIT A

