IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO.: 4:23-cv-77

| | | |
|---|---|---|
| FORMA AI INC., | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT MOTION FOR EXTENSION OF TIME** |
| | ) | |
| TWIC, INC., | ) | |
|    Defendants. | ) | |

  Plaintiff FORMA AI INC. ("Plaintiff"), by and through its undersigned counsel, and pursuant to Rules 6 of the Federal Rules of Civil Procedure and Rule 6.1 of the Eastern District Court Local Rules, hereby moves this Court for the entry of an Order extending the deadline for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment (DE 29), and the deadline for Defendant to Respond to Plaintiff's Motion for Partial Summary Judgment (DE 24). Counsel for TWIC, INC. ("Defendant") consents to the extension requested.

  In support of this Consent Motion, Plaintiff respectfully shows the Court that:

  1.  FRCP 6(b)(1)(A) and Local Rule 6.1 permit courts to extend deadlines that have not yet passed for "good cause."

  2.  This Consent Motion is not brought for the purpose for delay.

  3.  Good cause exists because the Parties have been diligent and proactive in complying with their obligations throughout this matter and in preparing their responses to the Motions for Partial Summary Judgment. However, in light of the schedule of Plaintiff's counsel and in order for the parties to be able to fully address the arguments made in the Motions, the Parties need a short extension of time of an additional seven (7) days. Therefore, Plaintiff and

Defendant have agreed to, and hereby respectfully move the Court to enter, the following extended deadlines:

- Plaintiff shall file any response to Defendant's Motion for Partial Summary Judgment by **September 6, 2024**.

- Defendant shall file any response to Plaintiff's Motion for Partial Summary Judgment by **September 6, 2024.**

WHEREFORE, for the reasons set forth above, and with the consent of Defendant, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment (DE 29), and for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment (DE 24), through and including September 6, 2024.

Respectfully submitted this the 26th day of August, 2024.

*/s/ Joseph A. Schouten*
Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: jas@wardandsmith.com
Erica B. E. Rogers
N.C. State Bar I.D. No.: 50963
email: ebrogers@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Attorneys for Plaintiff*

220428-00007
ND:4874-5635-6571, v. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day served a copy of the foregoing CONSENT MOTION FOR EXTENSION OF TIME with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

DATED: 26th of August, 2024.

*/s/ Joseph A. Schouten*
Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: jas@wardandsmith.com
Erica B. E. Rogers
N.C. State Bar I.D. No.: 50963
email: ebrogers@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Attorneys for Plaintiff*
