# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil File No.: 4:23-cv-77

| FORMA AI INC., | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **DEFENDANT TWIC, INC'S APPENDIX TO LOCAL CIVIL RULE 56.1 RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS** |
| v. | ) | |
| TWIC, INC., | ) | |
| Defendants. | ) | |

## TABLE OF CONTENTS

| | |
| --- | --- |
| Excerpts and Exhibits from Deposition of Jason Fan (submitted in rebuttal of claims regarding content of deposition and filed under seal) | APPX 1 |
| Declaration of Andrew Lucas | APPX 2 |
| - document produced at FORMA_AI-0000017-36 ………………….. | EX A |
| - document produced at FORMA_AI-0000408-414………………… | EX B |
| - document produced at FORMA_AI-0000435-453……………….. | EX C |
| - document produced at FORMA_AI-0000545-565……………….. | EX D |
| - document produced at FORMA_AI-0000415-434……………….. | EX E |
| - document produced at FORMA_AI-0000253-320……………….. | EX F |
| - document produced at FORMA_AI-0000329-346……………….. | EX G |
| - document produced at FORMA_AI-0000085-102……………….. | EX H |
| - document produced at FORMA_AI-0000513-544……………… | EX I |
| - document produced at FORMA_AI-0000350-371………………. | EX J |
| - document produced at FORMA_AI-0000372-407……………….. | EX K |
| - document produced at FORMA_AI-0000613-637……………….. | EX L |
| - document produced at T003478-3480……………………………. | EX M |
| - Email of March 8, 2024 ………………………………………... | EX N |

# CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of September, 2024 a true copy of the foregoing **DEFENDANT TWIC, INC'S APPENDIX TO LOCAL CIVIL RULE 56.1 RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS** was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

        By:    */s/ Emily M. Haas*
                  Emily M. Haas
                  NC State Bar No. 39,716
                  4509 Creedmoor Road, Suite 501
                  Raleigh, North Carolina 27612
                  Telephone: (984) 220-8750
                  Facsimile: (877) 398-5240
                  Email: emhaas@michaelbest.com

                  *Attorney for Twic, Inc.*