IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 4:23-cv-77

| | |
|---|---|
| FORMA AI INC., ) | |
|     Plaintiff ) | |
| ) | **PLAINTIFF'S NOTICE OF** |
| v. ) | **PROVISIONAL FILING UNDER** |
| ) | **SEAL** |
| TWIC, INC., ) | |
|     Defendant ) | |

PLEASE TAKE NOTICE that Plaintiff Forma AI Inc., through counsel, pursuant to the United States District Court for the Eastern District of North Carolina's Electronic Case Filing Administrative Policies and Procedures Manual, Section V.G.1.(e) and Local Rule 79.2, hereby is filing provisionally under seal the following documents:

(1) Plaintiff's Response to Defendant's Motion for Partial Summary Judgment (Dkt. 47);

(2) Plaintiff's Response to Defendant's Rule 56.1 Statement of Material Facts (Dkt. 48); and

(3) Plaintiff's Appendix to Plaintiff's Response to Defendant's Rule 56.1 Statement of Material Facts (Dkt. 49).

This the 6th day of September, 2024.

>	*/s/ Joseph A. Schouten*
>	Joseph A. Schouten
>	N.C. State Bar I.D. No.:  39430
>	email:  docket@wardandsmith.com*
>	email:  jas@wardandsmith.com**
>	For the firm of
>	Ward and Smith, P.A.
>	Post Office Box 33009
>	Raleigh, NC  27636-3009
>	Telephone:  919.277.9100
>	Facsimile:  919.277.9177
>	*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I electronically filed **PLAINTIFF'S NOTICE OF PROVISIONAL FILING UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: TWIC, Inc.

<div style="margin-left: 3em;">

*/s/ Joseph A. Schouten*
Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: docket@wardandsmith.com*
email: jas@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Attorneys for Plaintiff*

</div>

ND:4862-4219-9778, v. 1