IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil File No.: 4:23-cv-77

| | | |
|---|---|---|
| **FORMA AI INC.,** | ) | |
|     **Plaintiff,** | ) | **EMERGENCY MOTION FOR** |
| | ) | **CLARIFICATION, RECONSIDERATION,** |
|     v. | ) | **and EXPEDITED BRIEFING (or in the** |
| | ) | **alternative STAY)** |
| **TWIC, INC.,** | ) | |
|     **Defendants.** | ) | |

Defendant files this Emergency Motion, respectfully requesting that this Court:

    a.    Clarify this Court's summary judgment order, D.26, with regard to the scope of Plaintiff's state law claims, namely, by clarifying that Plaintiff's state law claims cannot proceed on the basis of unfair competition through trademark infringement;

    b.    If the Court deems it proper, reconsider the Court's summary judgment order, D.56, with regard to the question of whether the Court's finding that there was no likelihood of confusion resolves Plaintiff's state law claims; and

    c.    Expedite the parties' briefing of this motion or stay all deadlines pending the Court's resolution of this Motion.

In support of this Motion, Defendant submits herewith a memorandum of law and a notice of filing with two exhibits referenced in the memorandum. Defendant respectfully requests the Court grant the relief requested herein and elaborated upon in the memorandum.

1

Respectfully submitted this the 28th day of April, 2025.

>By: */s/ Emily M. Haas*
>Emily M. Haas
>NC State Bar No. 39,716
>4509 Creedmoor Road, Suite 501
>Raleigh, North Carolina 27612
>Telephone: (984) 220-8750
>Facsimile: (877) 398-5240
>Email: emhaas@michaelbest.com
>
>*Attorney for Twic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of April, 2025 a true copy of the foregoing document was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

> By: */s/ Emily M. Haas*
> Emily M. Haas
> NC State Bar No. 39,716
> 4509 Creedmoor Road, Suite 501
> Raleigh, North Carolina 27612
> Telephone: (984) 220-8750
> Facsimile: (877) 398-5240
> Email: emhaas@michaelbest.com

3