IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil File No.: 4:23-cv-77

| | | |
|---|---|---|
| **FORMA AI INC.,** | ) | |
|        **Plaintiff,** | ) | |
| | ) | |
|        v. | ) | **NOTICE OF FILING** |
| | ) | |
| **TWIC, INC.,** | ) | |
|        **Defendants.** | ) | |

Defendant gives notice that it is filing the following documents which are exhibits to Defendant's Memorandum in Support of Emergency Motion for Clarification, Reconsideration, and Expedited Briefing (or in the alternative Stay):

1. Exhibit A - Plaintiff's Initial Disclosures

2. Exhibit B – redacted "Expert Report of Graham D. Rogers," pages 1-33

Respectfully submitted this the 28th day of April, 2025.

By:    */s/ Emily M. Haas*
           Emily M. Haas
           NC State Bar No. 39,716
           4509 Creedmoor Road, Suite 501
           Raleigh, North Carolina 27612
           Telephone: (984) 220-8750
           Facsimile: (877) 398-5240
           Email: emhaas@michaelbest.com

*Attorney for Twic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of April, 2025 a true copy of the foregoing document was filed with the clerk of court using the CM/ECF system, which will send notification by electronic mail of such filing to all counsel of record.

> By: */s/ Emily M. Haas*
> Emily M. Haas
> NC State Bar No. 39,716
> 4509 Creedmoor Road, Suite 501
> Raleigh, North Carolina 27612
> Telephone: (984) 220-8750
> Facsimile: (877) 398-5240
> Email: emhaas@michaelbest.com